IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Christine Finger<br>*Plaintiff,*<br><br>v.<br><br>United Airlines, Inc.<br>*Defendant.* | § § § § § § § | CIVIL ACTION NO.<br>4:20-cv-4205<br>EFC |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Having heard the Plaintiff's Unopposed Motion to Substitute Counsel and any response thereto, the Court is of the opinion the Plaintiff's motion be **GRANTED**.

Therefore, the Court **ORDERS** Mr. Evan Lange and Evan Lange Law, PLLC **WITHDRAWN** as counsel of record for the Plaintiff relieved from further responsibility in this case.

The Court further **AUTHORIZES** H. Julian Frachtman and the Law Office of H. Julian Frachtman to substitute as counsel of record for Plaintiff, Christine Finger.

_____
Honorable Judge, Presiding

28th day of June, 2022