UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE FINGER | § § | |
| *versus* | § § | Civil Action H- 4:20-cv-04205 |
| UNITED AIRELINES, INC. | § § | |

**Scheduling Order**

1. Trial: Estimated time to try: __3 -4__ days.   ☒ Bench   ☐ Jury

2. New parties must be joined by:   n/a
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   10/14/2022

4. The defendant's experts must be named with a report furnished by:   11/14/2022

5. Discovery must be completed by:   10/10/2023
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   11/03/2023
   Response due by:   11/22/2023

   Non-Dispositive Motions will be filed by:   11/09/2023

*********************   The Court will provide these dates.   *********************

7. Joint pretrial order is due:   May 1, 2024
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   June 3, 2024

9. Jury Selection is set for 9:00 a.m. on:*   June 17, 2024

The case will remain on standby until tried.

Signed this the  11th   day of  July          , 20 23 .

                                                                       _____
                                                                                Sam Sheldon
                                                             United States Magistrate Judge