UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE FINGER | § | |
| | § | |
| versus | § | Civil Action 4:20-cv-04205 |
| | § | |
| UNITED AIRLINES, INC. | § | |

## Scheduling Order

1. Trial: Estimated time to try: __3-4__ days. ☐ Bench  X Jury

2. New parties must be joined by: N/a
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: n/a

4. The defendant's experts must be named with a report furnished by: n/a

5. Discovery must be completed by: 3/ 09 / 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: 4/10/204
   Response due by: 4/30/2024

   Non-Dispositive Motions will be filed by: 4/08/2024

*********************** The Court will provide these dates. ***********************

7. Joint pretrial order is due: August 9, 2024
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on: September 9, 2024

9. Jury Selection is set for 9:00 a.m. on:* September 16, 2024

The case will remain on standby until tried.

Signed this the 20th day of December, 2023.

Andrew S. Hanen
United States District Judge