IN THE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
DEC 29 2025
Nathan Ochsner, Clerk of Court

CHRISTINE FINGER
Plaintiff, Pro Se

V. Case # 4:20-cv-04205

UNITED AIRLINES, INC
DEFENDANT

HONORABLE ANDREW S HANEN

PLAINTIFFS EMERGENCY NOTICE AND REQUEST FOR ADMINISTRATIVE EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Comes now, Plaintiff Christine Finger, proceeding pro se, and files this EMERGENCY NOTICE and REQUEST for a brief administrative extension of the January 2, 2026 deadline to file an amended complaint.

1. Plaintiff's current deadline to amend is January 2 2026
2. On December 29, 2025 Plaintiff appeared in person at the federal courthouse to file documents and was informed by clerk personnel, Mayra, that the courthouse will be closed on January 1 and 2nd, and also may have limited hours on December 31st
3. Despite the Court having granted e-filing privileges, Plaintiff has documented ongoing technical issues with PACER and E-Filing, which continue to require in person filing.
4. Due to the courthouse closure and Plaintiff's inability

to reliably file electronically, Plaintiff may be unable to physically or electronically file an amended complaint on January 2. 2026 deadline.

5. Plaintiff has acted diligently and in good faith and does not seek to expand discovery, alter any existing schedule or delay proceedings, but seeks only a brief administrative extension to ensure her right to Amend is not forfeited due to courthouse CLOSURE.

6. Plaintiff further notes that this EMERGENCY NOTICE is handwritten, because as of 10:30 am → 10:55 am, on December 29. 2025, the Clerk's office computer systems are down, and was advised technical (IT) was working to restore. Plaintiff elected to submit in handwritten form to ensure timely filing and preservation of her rights.

7. Plaintiff further notes that her decision whether and how to amend her complaint requires careful review of discovery of a 6 year lawsuit, deposition scheduling issues, and the working "DRAFT" is at Plaintiff's residence. Plaintiff seeks the brief administrative extension solely to allow completion of that review and filing decision.

Accordingly, Plaintiff respectfully requests a brief extension of the amendment deadline to January 3. 2026 or alternatively, the next business day the court is open for filing. (January 5, 2026 Monday)

This request is made solely to preserve Plaintiff's rights and not submitted/intended to disregard or undermine the Court's prior orders.

Respectfully submitted, Christine Finger, Plaintiff, Pro S

CERTIFICATE OF SERVICE

I certify that on December 29 2025 a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999

PLAINTIFF'S EMERGENCY NOTICE AND REQUEST FOR ADMINISTRATIVE EXTENSION OF TIME TO FILE AMENDED COMPLAINT

December 29, 2025