IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

DEC 29 2025

Nathan Ochsner, Clerk of Court

**CHRISTINE FINGER,**

Plaintiff,

**v.**

**Case No. 4:20-cv-04205**

**UNITED AIRLINES, INC.,**

Defendant

HONORABLE ANDREW S. HANEN

## PLAINTIFF'S LIMITED OBJECTION AND CLARIFICATION REGARDING SCOPE OF COURT'S STATEMENT ON ATTORNEY CONDUCT

**COMES NOW** Plaintiff Christine Finger, proceeding pro se, and respectfully files this Limited Objection and Clarification regarding the scope of the Court's statement that it "finds no attorney misconduct."

Plaintiff respectfully seeks clarification that the Court's statement reflects the Court's decision **not to adjudicate attorney conduct within this proceeding**, and does **not** constitute a factual determination on the merits of counsel's actions.

Plaintiff submits this clarification to preserve the record that **no evidentiary hearing was held, no factual findings were made, and no determination was rendered under Federal Rules of Civil Procedure 11, 26, or 56** regarding attorney conduct.

Although hearings were scheduled for **September 26 and September 29, 2025** those settings were vacated due to Plaintiff's emergency medical hospitalization, which prevented Plaintiff from appearing. Plaintiff was advised that the Court would determine whether a hearing was necessary.

Thereafter, the Court resolved multiple pending motions, following the issuance of **Dkt. 160 (Notice of Hearing, September 23, 2025)** and the Court's subsequent **Order Regarding Pending Motions (Dkt. 163, September 30, 2025)**, without conducting an evidentiary hearing, receiving testimony, or making findings of fact regarding attorney conduct.

Plaintiff respectfully notes this procedural history solely to clarify that the Court's statement was **procedural in nature** and **not the result of evidentiary development or rule-based adjudication.**

Plaintiff does **not** seek reconsideration, sanctions, or referral in this Court. This filing is submitted **solely to preserve the record and avoid waiver**, and to ensure that the Court's statement is not construed as having preclusive effect in any other forum.

Respectfully submitted,

December 24, 2025

/s/ **Christine Finger**
Christine Finger
Plaintiff, Pro Se

47 N. High Oaks Circle

The Woodlands, Texas 77380

1Ladyfinger@gmail.com

832-656-6999

CERTIFICATE OF SERVICE

I certify that on December 29th, 2025 a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999

December 29, 2025