**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE FINGER,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 4:20-cv-04205** |
| | § | |
| **UNITED AIRLINES, INC.** | § | |
| | § | |
| *Defendant* | § | |

---

**DECLARATION OF DOROTA KARPIERZ**

---

I, Dorota Karpierz, based upon my personal knowledge, do hereby declare, verify, and state as follows:

1. I am employed by United Airlines, Inc. in the position of Case Manager – Labor & Employment.

2. In this position, I am the custodian of certain records produced by United Airlines, Inc. in Case No. 4:20-cv-04205 before the U.S. District Court for the Southern District of Texas, styled as *Christine Finger v. United Airlines, Inc.*

3. Exhibit 1 to the Motion for Summary Judgment filed by United Airlines, Inc. in this matter, includes documents labeled by their bates numbers at the following pages:

United 5728-46 ........................................................................ 1-22

United 244-46 ........................................................................ 23-25

United 5666-71 ........................................................................ 26-31

Finger 299-300 .......... 32-33[1]

United 249-51 .......... 34-36

United 4116 .......... 37

United 3828-29 .......... 38-39

United 3791-95 .......... 40-44

United 3781-90 .......... 45-54

United 3764-66 .......... 55-57

United 830-31 .......... 58-59

United 861-62 .......... 60-61

United 4683-84, 4698-4703, 4718-22[2] .......... 62-74

United 5250-52 .......... 75-77

United 5284 .......... 78

United 5288-89 .......... 79-80

United 5706-11 .......... 81-86

United 5641-44 .......... 87-90

United 5627-30 .......... 91-94

United 4425-38 .......... 95-108

United 4973-78 .......... 109-114

United 5303-05 .......... 115-117

United 5306-07 .......... 118-119

---

[1] I am not authenticating documents produced by Christine Finger in discovery. "[D]ocuments produced in response to discovery requests are admissible on a motion for summary judgment since they are self-authenticating and constitute the admissions of a party opponent." BP Exploration & Prod. Inc. v. Cashman Equip. Corp., No.4:13-cv-03046, slip op. at 29 (S.D. Tex. Apr. 8, 2016) (Harmon, J.) (internal citation omitted).

[2] These are excerpts from the Flight Attendant Leave of Absence packet.

Finger 843-52[3] .................................................................................................. 120-129

United 5420-31 .................................................................................................. 130-141

United 5712-18 .................................................................................................. 142-148

United 5720-23 .................................................................................................. 149-152

United 5724 .................................................................................................. 153

4. Other than the documents produced by Christine Finger in discovery, these documents are the original records or the exact duplicates of original records. Based on regular practices, the records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth in the records; made by, or from information transmitted by, someone with knowledge of the matters set forth; and kept in the course of a regularly conducted activity of a business. It was a regular practice of the business activity to make the records.

5. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dorota Karpierz ________________________ November 7, 2024
Dorota Karpierz Date Executed

[3] *See* n.1 *supra*.