UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff,Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

Case No. 4:20-cv-04205

PROPOSED ORDER

HONORABLE JUDGE ANDREW S. HANEN

Before the Court is Plaintiff's **Emergency Motion for Extension of Time to Respond to Defendant's Restated Motion to Dismiss (Doc. 225) and Restated Motion for Summary Judgment (Doc. 226).**

Having considered the motion and the record, the Court finds that good cause exists.

It is therefore ORDERED that Plaintiff's deadline to file her response to Defendant's Restated Motion to Dismiss (Doc. 225) and Restated Motion for Summary Judgment (Doc. 226) is extended to and including **February 27, 2026.**

SIGNED this ___ day of __________, 2026.

______________________________

UNITED STATES DISTRICT JUDGE