**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAR 13 2026

Nathan Ochsner, Clerk of Court

**CHRISTINE FINGER,**
**Plaintiff, Pro Se**

**UNITED AIRLINES, INC.,**
**Defendant.**

**Case No : 4:20-cv-04205**

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS RESTATED MOTION FOR SUMMARY JUDGMENT.** (Doc. 226)

Comes Now, Plaintiff, Pro Se , Christine Finger and respectfully requests leave to exceed the page limits for her Response to Defendant's Motion for Summary Judgment. Due to the number of issues raised and the volume of record citations required, additional pages are necessary to present a complete and accurate response. This request is made in good faith and not for delay.

Respectfully submitted,

/s/ Christine Finger
Plaintiff, Pro Se
47 N. High Oaks Circle
The Woodlands, Texas 77380
1Ladyfinger@gmail.com
832-656-6999

March 13, 2026

CERTIFICATE OF SERVICE

I certify that on March 13, 2026 a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff,

v.

UNITED AIRLINES, INC.,
Defendant.

Case No 4: 20-cv-04205

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS RESTATED MOTION FOR SUMMARY JUDGMENT** (Doc. 224.)

**PROPOSED ORDER:**

The Court, having considered Plaintiff's Motion for Leave to Exceed Page Limits to PLAINTIFF'S RESPONSE TO DEFENDANT'S RESTATED MOTION FOR SUMMARY JUDGMENT, finds that the motion should be GRANTED. Plaintiff is granted leave to file her Response to Defendant's Restated Motion for Summary Judgment in excess of the standard page limits.

**It is so ORDERED.**

____________________________________
United States District Judge

Signed on: ________day of ____________