**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAR 13 2026

Nathan Ochsner, Clerk of Court

**CHRISTINE FINGER**
**Plaintiff,**

**v.**

**UNITED AIRLINES, INC.,**
**Defendant.**

**Case No 4:20-cv-04205**

**HONORABLE JUDGE ANDREW HANEN**

**PLAINTIFF'S MOTION FOR BRIEF EXTENSION TO FILE SUPPORTING EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS RESTATED MOTION FOR SUMMARY JUDGMENT..** (Doc 226)

Comes Now, Plaintiff Pro Se, Christine Finger and respectfully requests a brief extension of three (3) days to file the supporting exhibits referenced in her Response to Defendant's Motion for Summary Judgment. Despite diligent efforts, repeated technical failures have prevented timely upload of the exhibits. All exhibits are already in Defendant's possession, and a short extension will allow Plaintiff to file them in an organized and complete manner without prejudice to any party.

Respectfully submitted,

/s/ Christine Finger
Plaintiff, Pro Se
47 N. High Oaks Circle
The Woodlands, Texas 77380
1Ladyfinger@gmail.com
832-656-6999

Date March 13, 2026

## CERTIFICATE OF SERVICE

I certify that on March 13 2026 a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999