**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHRISTINE FINGER,**
**Plaintiff, Pro Se**

**UNITED AIRLINES, INC.,**
**Defendant.**

**Case No : 4:20-cv-04205**

**PROPOSED ORDER FOR 3 DAY EXTENSION TO FILE SUPPLEMENTAL EXHIBITS TO PLAINTIFFS RESPONSE TO DEFENDANTS RESTATED MOTION FOR SUMMARY JUDGMENT**

**PROPOSED ORDER**

The Court, having considered Plaintiff's Motion for Brief Extension to File Supporting Exhibits, hereby GRANTS the motion. Plaintiff is granted an additional three (3) days to file her supporting exhibits.

It is so ORDERED.

______________________________

United States District Judge

________________, 2026__