**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE FINGER,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:20-CV-04205** |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

---

Defendant United Airlines, Inc. ("UA") files this response to the motion for leave to exceed page limits filed by Plaintiff Christine Finger ("Finger"), Dkt. 232.

1. Finger has filed meandering, repetitive, 45-page response to UA's motion for summary judgment. *See* Dkt. 234-2. It contains no evidence and no citations to evidence. She filed her response on the March 13, 2026 deadline set by the Court, which provided her a full six weeks to prepare a response to UA's motion. Despite this enlarged time, Finger still filed a motion for leave to exceed page limits simultaneously with her 45-page response. Dkt. 232. That is, she filed her motion for leave perfunctorily, presuming that the Court would grant her leave as it always has. The Court should not allow Finger to show such contempt for the Court's deadlines and procedures. The Court should deny her motion, disallow her 45-page tome, and not provide her additional time to submit a shortened response within the Court's page limits.

2. For these reasons, the Court should deny Finger's request for leave.

Respectfully submitted,

THE MISRA LEGAL GROUP

By: **/s/ Amit K. Misra**

Amit K. Misra, Esq., P.C.
S.D. Tex. No. 21460
State Bar of Tex. No. 00795534

639 Heights Boulevard
Houston, Texas 77007
832-723-4776 Telephone
832-476-9656 Telecopier
amit@misralegal.com

ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2026, a copy of the foregoing was filed electronically with the Clerk of Court and served by email as permitted by the consent of parties under Rule 5(b)(2)(F), to the following pro se party:

Christine Finger
1ladyfinger@gmail.com

**/s/ Amit K. Misra**
Amit K. Misra