**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE FINGER,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:20-CV-04205** |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR BRIEF EXTENSION TO FILE SUPPORTING EXHIBITS**

Defendant United Airlines, Inc. ("UA") files this response to the motion for brief extension to file supporting exhibits filed by Plaintiff Christine Finger ("Finger"), Dkt. 234.

1. On November 24, 2025, the Court entered an order setting a February 1, 2026 deadline for UA to file its motion for summary judgment. Dkt. 194 at 4. The Court also admonished the parties to avoid further delays. *Id*. In its orders of December 3, 2025, January 13, 2026, and January 21, 2026, the Court again reminded the parties to avoid further delays. Dkt. 199 at 2; Dkt. 212 at 3; Dkt. 219 at 1. Despite UA timely filing its motion for summary judgment, the Court provided Finger nearly three additional weeks to file her response, extending her deadline from February 21 to March 13, 2026. Dkt. 231 at 7. All told, Finger had six weeks to file her response to UA's motion for summary judgment.

2. Even with this additional time, Finger once again asks the Court for a "brief extension" to submit her summary judgment evidence. Dkt. 232. Although Finger submitted a 45-page response to UA's motion for summary judgment, the response contains no citations to any summary judgment evidence. Meanwhile, the deadline is ticking for UA to submit a reply brief.

3. The Court should not grant Finger her request for a "brief extension" to file her summary judgment evidence. Enough is enough. After chastising the parties not to delay matters, the Court still provided Finger a total of six weeks to prepare her response to UA's motion for summary judgment, which she failed to do in a timely manner. The Court might have anticipated that Finger would not file a timely response. In its February 26 order, the Court stated, "*If* Finger files a timely response, United may file a reply brief by March 20, 2026. Dkt. 231 at 7 (emphasis added). Finger has not filed a timely response, and UA should not have to file a reply brief without having an opportunity to review Finger's unfiled summary judgment evidence.

4. For these reasons, the Court should deny Finger's request for a brief extension.

Respectfully submitted,

THE MISRA LEGAL GROUP

By: **/s/ Amit K. Misra**
Amit K. Misra, Esq., P.C.
S.D. Tex. No. 21460
State Bar of Tex. No. 00795534

639 Heights Boulevard
Houston, Texas 77007
832-723-4776 Telephone
832-476-9656 Telecopier
amit@misralegal.com

ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2026, a copy of the foregoing was filed electronically with the Clerk of Court and served by email as permitted by the consent of parties under Rule 5(b)(2)(F), to the following pro se party:

Christine Finger
1ladyfinger@gmail.com

**/s/ Amit K. Misra**
Amit K. Misra