**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAR 16 2026

Nathan Ochsner, Clerk of Court

**CHRISTINE FINGER,**

**Plaintiff, Pro Se**

**v.**

**UNITED AIRLINES, INC.,**

**Defendant.**

**Case No. 4:20-cv-04205**

HONORABLE JUDGE ANDREW HANEN

## DECLARATION OF CHRISTINE FINGER

I, Christine Finger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this matter. I submit this declaration in support of my Rule 56(d) Motion.
2. **Retaliatory Animus:** I maintain that Aleta Stansberry stated to me, "Three more days and I would have had you," a fact she recently denied under oath.
3. **Title Fabrication:** I have identified that Ms. Stansberry's title has been inconsistently reported as "Secretary" (Dkt. 29) and "Supervisor." I believe the latter was retroactively applied to manufacture authority.
4. **Metadata:** I have reviewed metadata for Bates #5626 and #5747 showing modifications in August 2023. I believe Rick Velez was retroactively inserted as a supervisor on July 12, 2019.
5. **Investigation Delay:** Ms. Stansberry did not complete the official investigation into my June 2019 injury until four days *after* my termination letter was issued.

6. **Technical Hardship:** Due to a catastrophic computer failure, I am currently unable to fully re-index the 5,600+ pages of discovery provided by Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 16, 2026. Signature: ______________________________ **Christine Finger**

CERTIFICATE OF SERVICE

I certify that on March 16, 2021, a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999