**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

**CHRISTINE FINGER, Plaintiff,**

**v.**

**UNITED AIRLINES, INC., Defendant.**

**Case No. 4:20-cv-04205**

**[PROPOSED] ORDER DEFERRING RULING ON SUMMARY JUDGMENT**

Before the Court is Plaintiff's Rule 56(d) Motion to Defer Ruling on Defendant's Motion for Summary Judgment. Having considered the Motion, the record, and the applicable law, the Court finds that Plaintiff has identified material factual disputes and technical hardships that warrant a deferral. It is therefore:

**ORDERED** that ruling on Defendant's Motion for Summary Judgment is **DEFERRED** pursuant to Fed. R. Civ. P. 56(d).

**IT IS FURTHER ORDERED** that an Evidentiary Hearing shall be held on ____________, 2026, to address the authenticity of disputed records and the credibility of conflicting sworn declarations.

**IT IS FURTHER ORDERED** that Defendant shall produce unredacted copies of Bates 5627–5636 for *in camera* review by the Court within seven (7) days of this Order.

**SIGNED** this ____ day of ____________, 2026.

______________________________

**UNITED STATES DISTRICT JUDGE**