IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

**Case No. 4:20-cv-04205**

**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE EXHIBITS (Doc. 240)**

TO THE HONORABLE JUDGE HANEN:

COMES NOW Plaintiff, Christine Finger, proceeding pro se, and respectfully moves this Court for a brief extension of time to file her exhibits, and in support states as follows:

I. EMERGENCY CIRCUMSTANCES
On March 26, 2026, Plaintiff was seen at Urgent Care and diagnosed with COVID-19. (Exhibit A and B) Plaintiff's physician has directed that she be released from all work and litigation-related activities through Wednesday, April 1, 2026, due to being contagious.

Plaintiff promptly notified the Court on March 26, 2026, via email to Ms. Hawkins, of her COVID-19 diagnosis and requested a brief extension. Plaintiff has also made good faith efforts to comply with filing requirements; however, due to ongoing technical issues with her PACER account, Plaintiff has routinely filed documents in person at the courthouse. Under the present circumstances, Plaintiff's medical condition and required isolation prevent her from safely doing so.

Despite these limitations, to comply with Court procedures Plaintiff was able to submit this Motion with assistance through the Court's electronic PACER e- filing system.

However, the preparation and filing of Plaintiff's summary judgment exhibits—in compliance with ( Doc #240) consisting of extensive materials and numerous attachments—requires in-person filing and substantial physical effort, which Plaintiff is currently unable to complete due to her illness and required isolation.

As a result, Plaintiff is unable to safely appear in public or complete the filing of her exhibits by the current deadline of March 27, 2026.

II. GOOD CAUSE EXISTS

Plaintiff has diligently prosecuted this case and has worked to comply with all Court-ordered deadlines. This request is made in good faith and not for purposes of delay, but due to an unforeseen and medically documented illness.

Plaintiff is actively preparing her exhibits and will promptly file them upon being medically cleared to do so **April 2, 2026**.

Courts routinely grant brief extensions where a party demonstrates good cause due to illness or medical incapacity

III. REQUESTED RELIEF

Plaintiff respectfully requests a brief extension of time to file her exhibits **until Thursday, April 2, 2026**

Plaintiff further requests any additional relief to which she may be justly entitled.

Respectfully submitted,

/s/ Christine Finger
Christine Finger
Plaintiff, Pro Se
47 N High Oaks Circle
The Woodlands Texas 77380
1Ladyfinger@gmail.com
832-656-6999

Date: March 27, 2026

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served  via electronic mail and/or the Court’s CM/ECF system on this 27th day of March, 2026.

Amit K Misra/ Misra Law Group
amit@misralegal.com
639 Heights Boulevard
Houston Texas 77007
842-723-4776
F 832-476-9656

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

**Case No. 4:20-cv-04205**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE EXHIBITS (Doc 240)**

On this day, the Court considered **Plaintiff's Emergency Motion for Extension of Time to File Exhibits.**
Having considered the Motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file her exhibits (Doc 240) is extended to Thursday, April 2, 2026.

SIGNED on this ____ day of __________, 2026.

_______________________________
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE