# EXHIBITS A & B

Patient: CHRISTINE FINGER, Sex: F
Date of Service: 03/26/2026 (Log# 19744394)
Date of Birth: 07/15/1959 (66 years)
Patient ID: 1351195

Texas MedClinic® URGENT CARE

Texas MedClinic
25118 Grogans Mill Rd
Spring, TX 77380-2248
346-533-1838 F: 713-493-0579

## DOCTOR'S NOTE

To whom it may concern,

**CHRISTINE FINGER was seen at Texas MedClinic (WOODLANDS) on 3/26/2026 by SOLANO, V.**

Patient was ill and seen in our clinic for COVID-19. Please excuse the above patient from any duties through 4/1/26.

Visit discharged at 3/26/2026 10:34:30 AM by Valentin Solano, PA

PA05933

Signed By:
(SOLANO, VALENTIN, PA)

**Patient: CHRISTINE FINGER, Sex: F**
Date of Service: 03/26/2026 (Log# 19744394)
Date of Birth: 07/15/1959 (66 years)
Patient ID: 1351195

**Texas MedClinic** URGENT CARE

**Texas MedClinic**
25118 Grogans Mill Rd
Spring, TX 77380-2248
346-533-1838 F: 713-493-0579

# Lab Report 1

**Report Status: In Process, Unspecified**
Collected: 3/26/2026 9:59:13 AM
Received: N/A
Reported: 3/26/2026 9:59:12 AM
Who Pays For Lab: Practice Bills

**Additional Patient Information:**
DOB: 07/15/1959
Gender: F
Clinic Patient Number: 1351195
Patient ID Number: 1351195
**Additional Clinic Information:**
Clinic Account Number: PV0004
Secondary Account Number: Not Available

**Ordering Physician:**
SOLANO, VALENTIN

**Specimen Information:**
Specimen:
PV Requisition Number: 9214445
Placer Order Number: 599214445

## Current Test Results

| Test Name | In Range | Out Of Range | Ref. Range | Lab |
|---|---|---|---|---|
| Xpert Xpress SARS-CoV-2/Flu/RSV, Cepheid (RT-PCR) (COVID) - Varied | | | | |
| Xpert Xpress SARS-CoV-2/Flu/RSV, Cepheid (RT-PCR) (COVID) | | | | |
| FLUBV RNA NAA+probe Ql (Resp) | Negative | | | |
| FLUAV RNA NAA+probe Ql (Resp) | Negative | | | |
| **SARS-related coronavirus RNA [Presence] in Respiratory specimen by NAA with probe detection** | | ***Positive** | | |
| RSV, Cepheid | Negative | | | |

**Performing Laboratory Information:**
Performing Lab Information Not Available