IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTINE FINGER,** | § | |
| | § | |
| ***Plaintiff***, | § | |
| | § | |
| **v.** | § | **CASE NO. 4:20-CV-04205** |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE EXHIBITS**

---

Defendant United Airlines, Inc. ("UA") files this response to the emergency motion for extension of time to file exhibits filed by Plaintiff Christine Finger ("Finger"), Dkt. 241.

1. On November 24, 2025, the Court entered an order setting a February 1, 2026 deadline for UA to file its motion for summary judgment. Dkt. 194 at 4. The Court also admonished the parties to avoid further delays. *Id*. In its orders of December 3, 2025, January 13, 2026, January 21, 2026, and February 26, 2026, the Court again reminded the parties to avoid further delays. Dkt. 199 at 2; Dkt. 212 at 3; Dkt. 219 at 1; Dkt. 231 at 7 (stating "this is the final briefing schedule"). Despite UA timely filing its motion for summary judgment, the Court provided Finger nearly three additional weeks to file her response, extending her deadline from February 21 to March 13, 2026. Dkt. 231 at 7. All told, Finger had six weeks to file her response to UA's motion for summary judgment.

2. Even with this additional time, the Court granted Finger an additional extension to submit her summary judgment evidence. Dkt. 240. Although Finger submitted a 45-page response to UA's motion for summary judgment on March 16, 2026 containing no citations to any summary

judgment evidence, the Court provided Finger until March 27, 2026 to submit her evidence with UA's reply brief due April 3. *Id*.

3. Of course, Finger now asks the Court for yet another extension. Dkt. 241. She now alleges that she has Covid and has submitted supporting documents from a medical provider. UA does not have any basis to doubt the veracity of Finger's medical condition. Nonetheless, the Court should recognize that since UA's filing date of January 31, sixty days have passed. Had Finger not delayed marshaling her evidence until the last minute – a last minute which the Court continued to postpone – her medical condition would have no bearing on the parties' briefing schedule.

4. In her motion, Finger asks that the Court provide her until April 2 to submit her summary judgment evidence. As of April 1, she has not done so. Let's see if she meets her own suggested deadline.

5. Regardless of when Finger files her summary judgment evidence, UA asks that it be provided at least seven days to submit its reply brief and its objections to Finger's evidence.

Respectfully submitted,

THE MISRA LEGAL GROUP

By: **/s/ Amit K. Misra**
Amit K. Misra, Esq., P.C.
S.D. Tex. No. 21460
State Bar of Tex. No. 00795534

639 Heights Boulevard
Houston, Texas 77007
832-723-4776 Telephone
832-476-9656 Telecopier
amit@misralegal.com

ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2026, a copy of the foregoing was filed electronically with the Clerk of Court and served by email as permitted by the consent of parties under Rule 5(b)(2)(F), to the following pro se party:

Christine Finger
1ladyfinger@gmail.com

**/s/ Amit K. Misra**
Amit K. Misra