IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

Case No 4:20-cv-04205

PLAINTIFF'S SUPPLEMENTAL EMERGENCY NOTICE
AND REQUEST FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE HANEN:

COMES NOW Plaintiff, Christine Finger, proceeding pro se, and respectfully provides this supplemental notice and request:

On April 1, 2026, Plaintiff returned to Urgent Care due to worsening symptoms and again tested positive for COVID-19. Plaintiff has now developed an upper respiratory infection affecting her chest and has been prescribed additional medications, including antibiotics, inhaler, steroids, and nasal treatment.

Plaintiff's physician has directed that she remain out of work and all litigation-related activities through Monday, April 6, 2026.

Due to her ongoing illness and medical restrictions, Plaintiff remains unable to safely complete and file her exhibits by the current requested deadline, April 2, 2026. (Doc 241)

This request is made in good faith and not for purposes of delay, but solely due to Plaintiff's continuing medical condition.

Plaintiff respectfully requests that the Court extend her deadline to file exhibits until Tuesday, April 7, 2026.

Plaintiff will continue to keep the Court informed of any changes in her condition on Monday. April 6, 2026.

Respectfully submitted,

/s/ Christine Finger

Christine Finger
Plaintiff, Pro Se
47 N High Oaks Circle
The Woodlands Texas 77380
1Ladyfinger@gmail.com
832-656-6999

Date: April 1, 2026

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via Amit Misra record via electronic mail and/or the Court's CM/ECF system on this 1st day of April, 2026.

Amit Misra
The Misra Legal Group PC
639 Heights Boulevard
Houston Texas 77007
832-723-4776 F 832 476 9656
Email amit@misralegal.com

/s/ Christine Finger
Christine Finger
47 N High Oaks Circle
The Woodlands Texas 77380
1Ladyfinger@gmail.com
832 656 6999

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

Case No 4:20-cv-04205

[PROPOSED] ORDER GRANTING PLAINTIFF'S
EMERGENCY MOTION AND SUPPLEMENTAL REQUEST
FOR EXTENSION OF TIME TO FILE EXHIBITS

The Court, having considered Plaintiff's Emergency Motion for Extension of Time to File Exhibits and Plaintiff's Supplemental Emergency Notice and Request for Extension of Time, finds that good cause exists and that the motions should be GRANTED.

IT IS ORDERED that Plaintiff's deadline to file her exhibits is extended to April 7, 2026.

SIGNED on this ____ day of __________, 2026.

______________________________

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**Texas MedClinic**
25118 Grogans Mill Rd
Spring, TX 77380-2248
346-533-1838 F: 713-493-0579

**DOCTOR'S NOTE**

To whom it may concern,

**CHRISTINE FINGER was seen at Texas MedClinic (WOODLANDS) on 4/1/2026 by ARRAMBIDE, C.**

Patient Fit for duty without restrictions Starting 4/6/2026.

Visit discharged at 4/1/2026 11:07:10 AM by Candice Arrambide, FNP-C

Signed By:
(POLOCHAK ARRAMBIDE, CANDICE, FNP-C)