IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant

**Case No. 4:20-cv-04205**


**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR TEMPORARY MEDICAL STAY AND EXTENSION OF DEADLINES**

TO THE HONORABLE JUDGE HANEN:

COMES NOW Plaintiff, Christine Finger, proceeding pro se, and respectfully moves this Court for a temporary medical stay and extension of deadlines, and states as follows:

### I. UNOPPOSED RELIEF

Plaintiff has conferred with Defendant's counsel, Amit Misra, regarding the relief requested herein, and *Defendant does not oppose this Motion.*

### II. EMERGENCY MEDICAL CONDITION

Plaintiff is currently suffering from COVID-19 and has required multiple urgent care visits, including a return visit on April 1, 2026, where she again tested "*positive*" and was diagnosed with a worsening upper respiratory condition affecting her chest.

Plaintiff remains under active medical treatment, including antibiotics, steroids, inhaler, and other prescribed medications. She continues to experience significant symptoms, including fatigue, severe headaches, coughing, and cognitive impairment ("brain fog"), which substantially limit her ability to concentrate and perform complex legal work

### III. INABILITY TO MEET CURRENT DEADLINES

Plaintiff has made good faith efforts to continue working despite her illness and initially believed she would be able to comply within the prior extension. However, her condition has persisted and has not improved as anticipated.

Due to her ongoing symptoms and medical limitations, Plaintiff is unable to complete the preparation and filing of her summary judgment exhibits, which require extensive review, organization, and technical preparation. *The exhibit compilation process involves correlating numerous documents to the record and to Plaintiff's previously filed response, including the continued reconstruction and integration of materials following the previously disclosed loss of Plaintiff's files and exhibits. Plaintiff is working to restore and properly align those materials with her summary judgment response, which requires sustained concentration and detailed review that Plaintiff is currently unable to perform due to her medical condition.*

Plaintiff's physician has directed that she remain on bed rest and refrain from all work and litigation-related activities. Plaintiff is currently limited in her ability to perform even basic tasks, and is unable to engage in the sustained concentration and cognitive effort required for legal work.

This request is made in good faith and not for purposes of delay, but solely due to Plaintiff's temporary medical incapacity.

### IV. REQUEST FOR LIMITED STAY

Plaintiff respectfully requests a **14-day temporary medical stay**, extending her deadline to file exhibits through **April 21, 2026.**

Plaintiff further states that she **does not oppose Defendant receiving seven (7) days to respond** to Summary Judgment  after Plaintiff files her exhibits.

This requested relief is reasonable, narrowly tailored, and unopposed.

## V. GOOD FAITH

Plaintiff has diligently prosecuted this case and has continued working through significant medical challenges. This request is made solely to allow Plaintiff to recover sufficiently to recover medically and complete her filings.

## VI. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1.  Grant a temporary 14-day medical stay extending Plaintiff's exhibit deadline to **April 21, 2026;**
2.  Allow Defendant seven (7) days to respond to Summary Judgment after Plaintiff files her exhibits; and
3.  Grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ Christine Finger

Christine Finger

47 N. High Oaks Circle

The Woodlands, Texas 77390

1Ladyfinger@gmail.com

832-656-6999

Certificate of Service

I hereby certify that on this _6th_ day of April 2026, a true and correct copy of this filing was served via the Court's CM/ECF email on:

Amit K. Misra

The Misra Legal Group

639 Heights Boulevard

Houston Texas 77007

amit@misralegal.com

832-723-4776 F 832-476-9656

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

**Case No. 4:20-cv-04205**


**PROPOSED ORDER**

The Court, having considered Plaintiff's Unopposed Emergency Motion for Temporary Medical Stay and Extension of Deadlines, finds that good cause exists and that the Motion should be GRANTED.

IT IS ORDERED that Plaintiff's deadline to file exhibits is extended to **April 21, 2026.**

IT IS FURTHER ORDERED that Defendant shall have **seven (7)** days to respond to Summary Judgment after Plaintiff files her exhibits.


SIGNED on this _____ day of _____, 2026.


_____

HONORABLE JUDGE ANDREW S. HANEN