United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTINE FINGER, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4205 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court is Plaintiff Christine Finger's ("Plaintiff" or "Finger") Motion for Extension of Time (Doc. No. 241), Motion for Extension of Time (Doc. No. 243), and an Unopposed Motion for Extension of Time (Doc. No. 244). Finger requests an extension of time to file exhibits to her Response to the Defendant's Motion for Summary Judgment (Doc. No. 226, 233) due to her COVID-19 diagnosis. Her most recent request for an extension is unopposed by the Defendant. Accordingly, the Unopposed Motion for Extension of Time (Doc. No. 244) is **GRANTED.** The other pending requests (Doc. No. 241, 243) are denied as moot. Finger's deadline to file exhibits is extended to **April 21, 2026.** Defendant may file a reply brief to the Response to the Motion for Summary Judgment (Doc. No. 233) by **April 28, 2026.**

It is so ordered.

Signed on this the 10th day of April 2026.

Andrew S. Hanen
United States District Judge