IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION


CHRISTINE FINGER,

Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,

Defendant

Case No 4:20-cv-04205

PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES (Doc 244) PURSUANT TO ONGOING MEDICAL EVALUATION

TO THE HONORABLE JUDGE ANDREW HANEN

COMES Now, Plaintiff, CHRISTINE FINGER, Pro Se, and files this UNOPPOSED Emergency Motion for a 30-Day Continuance and Extension of Deadlines (or, in the alternative, a 30-Day Stay of Proceedings), and in support thereof would respectfully show the Court as follows:

I. ONGOING MEDICAL EVALUATION

1. Plaintiff is currently under the care of **Dr. Mazen Ganim**, a board-certified interventional cardiologist who serves as the **President of the Medical Staff at Memorial Hermann Hospital** and the **President of Vital Heart & Vein. Plaintiff was seen in-office for a specialized cardiac evaluation on Friday, April 17, 2026,** for persistent post-viral systemic complications, including cardiovascular issues resulting from my recent COVID-19 infection.
2. Critically, this was the first time Plaintiff has contracted COVID-19. As noted by her treating physician, this initial infection has resulted in complex cardiovascular issues that necessitate focused clinical oversight and a specialized

diagnostic workup to address symptoms that have remained persistent since the initial infection.

3. As part of this ongoing clinical evaluation, Plaintiff is scheduled for the placement and usage of a heart monitor for diagnostic cardiac evaluation this week. This diagnostic process requires the avoidance of high-stress stimuli and physical exertion to ensure accurate results and patient safety during the monitoring period.

4. As evidenced by the attached medical letter from Dr. Ganim (**See Exhibit A**), it is medically advisable that Plaintiff avoid stress to the "greatest extent possible" at this time to ensure appropriate medical care and stabilization without undue strain.

5. Plaintiff discussed with Dr. Ganim the critical nature of the current litigation, specifically noting the Summary Judgment deadline Doc 244) which, following two prior extensions, which per the Court's previous Order (Doc 245) is currently set for today, April 21, 2026. Plaintiff further noted that the symptoms from the March infection have remained persistent through 2 multi-day previous continuances. Consequently, after evaluating the physical toll of these ongoing symptoms and the necessity of the diagnostic workup, Dr. Ganim explicitly supports an additional **30-day continuance** of all proceedings and deadlines to allow for the completion of necessary testing and reassessment of Plaintiff's condition.

## II. BASIS FOR CONTINUANCE

6. Under **TRCP 251** (for State Court) and **Fed. R. Civ. P. 16(b)(4)** (for Federal Court), "good cause" exists for a continuance when a party is physically unable to participate in litigation due to a medically documented condition.

7. **This motion is not sought for the purpose of delay, but is a matter of medical necessity.** Plaintiff's health is currently at a stage where continued exposure to the stress of active litigation—particularly in light of the April 21st deadline—poses a direct risk to her physical recovery.

8. **Mindfulness of Court Resources:** Plaintiff is keenly mindful of the Court's time and the importance of avoiding unnecessary delays. However, the inherent stress of active litigation has created a deleterious feedback loop where the pressure of managing complex legal tasks while physically compromised is directly exacerbating Plaintiff's cardiac symptoms and hindering her ability to recover. This motion is a good-faith effort to break this cycle by providing the 30-day window required for medical stabilization as mandated by her specialist.

## III. PRAYER

Plaintiff respectfully requests that the Court grant this Motion, stay all proceedings for a period of thirty (30) days, and extend all current deadlines—including the deadline for Plaintiff's responses due today, April 21, 2026—by an equal period of thirty (30) days.

Respectfully Submitted,


/s/ **Christine Finger, Pro Se**

47 N. High Oaks Circle

The Woodlands, Texas 77380

832-656-6999

1Ladyfinger@gmail.com


**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Counsel for Defendant, Amit Misra, via formal electronic communication on April 20, 2026 (**See Exh. B**), regarding the relief requested in this Motion.

**[ X  Counsel for Defendant stated that Defendant is UNOPPOSED to this request. (April 21, 2026 (see Exh. B.)**

[ ] Counsel for Defendant stated that Defendant is **OPPOSED** to this request.

[ ) As of the time of this filing, Plaintiff has not received a response regarding the Defendant's position; *therefore, this motion is filed as **OPPOSED** in the absence of a response at the time of filing."*

*/s/* Christine Finger


**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April , 2026, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Continuance and Extension of Deadlines

(Doc 244) was filed electronically with the Clerk of Court using the CM/ECF system and has been forwarded to the Defendant by regular mail, certified mail, email to:

Amit K. Misra

639 Heights Boulevard

Houston Texas 77007

832-723-4776 F. 832-476-9656

amit@misralegal.com