IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CHRISTINE FINGER,

Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,

Defendant

Case No 4:20-cv-04205

# (PROPOSED) (UNOPPOSED)   ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE  AND EXTENSION OF DEADLINES (Doc244) PURSUANT TO ONGOING MEDICAL EVALUATION

On this day, the Court considered **Plaintiff's *UNOPPOSED* Emergency Motion for Continuance and Extension of Deadlines Pursuant to Ongoing Medical Evaluation.** The Court finds that the parties are in agreement regarding this request and that **GOOD CAUSE** exists for the relief sought.

The Court finds that Plaintiff is currently undergoing a necessary diagnostic cardiac evaluation as directed by her medical team, and that the interests of justice and Plaintiff's physical health require a temporary pause in these proceedings.

It is therefore **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that all proceedings in this matter are hereby **STAYED** for a period of thirty (30) days from the date of this Order.

It is further **ORDERED** that all current deadlines, including the deadline for Plaintiff's responses currently due on April 21, 2026, are hereby **EXTENDED** by thirty (30) days.

**SIGNED** this _____ day of _____, 2026.

_____

HONORABLE JUDGE ANDREW S. HANEN