**EXHIBIT A**

**MEDICAL DIRECTIVE FROM MAZEN GANIM, MD**

**VITAL HEART & VEIN**

**DATED: APRIL 20, 2026**



04/20/2026

CHRISTINE FINGER

**To Whom It May Concern,**

This letter is to confirm that **Ms. Christine Finger** is currently under our care for ongoing cardiac evaluation, testing, and medical workup. She was most recently evaluated in our office on **April 17, 2026**.

Following a recent COVID-19 infection, she continues to experience symptoms requiring further cardiac assessment and close monitoring. Given her current condition and the need for additional diagnostic testing, it is medically advisable that she **limit physical exertion and avoid stress to the greatest extent possible** at this time.

Due to these ongoing medical concerns, we support her request for a **30-day continuance** to allow for completion of necessary testing and reassessment of her condition. We anticipate that additional information regarding her status and recommendations will be available following this period of continued evaluation.

These recommendations are made in the interest of her health and to ensure appropriate medical care without undue strain.

If further information is needed, please feel free to contact our office.

Sincerely,

Mazen Ganim, MD

Vital Heart & Vein (Main) 18450 Highway 59 N, Humble, TX 77338  P: 281-446-6656
Vital Heart & Vein (TMC) 1213 Hermann Dr., Ste. 720, Houston, TX 77004  P: 713-796-9696
Vital Heart & Vein (Northwest) 800 Peakwood Dr., Ste. 2E, Houston, TX 77090  P: 281-572-0248
Vital Heart & Vein (Pearland) 10907 Memorial Hermann Dr., Ste. 400, Pearland, TX 77584  P:281-741-0280
Vital Heart & Vein (Southeast) 10930 Resource Pkwy , Ste. A, Houston, TX 77089  P: 281-661-5767
Vital Heart & Vein (Sugar Land) 15200  Southwest Fwy, Ste. 270, Sugar Land, TX 77478  P: 281-661-2447
Vital Heart & Vein (West Houston) 12121 Richmond Ave, Ste. 314, Houston, TX 77082  P: 281-537-8013
Vital Heart  & Vein (Conroe) 500 Medical Center Blvd, Ste 365, Conroe, TX 77304  P: 936-207-2566

Vital Heart & Vein (Main) 18450 Highway 59 N, Humble, TX 77338  P: 281-446-6656
Vital Heart & Vein (TMC) 1213 Hermann Dr.,  Ste. 720, Houston, TX 77004  P: 713-796-9696
Vital Heart & Vein (Northwest) 800 Peakwood Dr., Ste. 2E, Houston, TX 77090  P: 281-572-0248
Vital Heart & Vein (Pearland) 10907 Memorial Hermann Dr., Ste. 400, Pearland, TX 77584  P:281-741-0280
Vital Heart & Vein (Southeast) 10930 Resource Pkwy , Ste. A, Houston, TX 77089  P: 281-661-5767
Vital Heart & Vein (Sugar Land) 15200  Southwest Fwy, Ste. 270, Sugar Land, TX 77478  P: 281-661-2447
Vital Heart & Vein (West Houston) 12121 Richmond Ave, Ste. 314, Houston, TX 77082  P: 281-537-8013
Vital Heart  & Vein (Conroe) 500 Medical Center Blvd, Ste 365, Conroe, TX 77304  P: 936-207-2566