**EXHIBIT B**

**RULE 7.1 CERTIFICATE OF CONFERENCE CORRESPONDENCE**

**COMMUNICATION WITH COUNSEL FOR DEFENDANT (AMIT MISRA)**

**DATED: APRIL 20, 2026**

 

## Finger v Unitd Notice of Ongoing Medical Eval and Request for 30 Day Continuance

3 messages

**Christine Finger** <1ladyfinger@gmail.com>          Mon, Apr 20, 2026 at 2:45 PM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Amit,

Please be advised that I am currently under the care of Dr. Mazen Ganim of VITAL Heart & Vein, for systemic complications, including cardiovascular issues resulting from my recent COVID-19 infection.

I saw him on Friday , April 18th. I am currently undergoing intensive diagnostic evaluation and clinical workup this month--as part of this process, I am required to wear a heart monitor starting this week.

I informed Dr. Ganim of my lawsuit, and  the critical juncture with the summary judgment deadline when contracting COVID.  He's insistent that I must avoid stress to the greatest extent possible to allow for the completion of necessary testing which has been scheduled, and reassessment at the end of the month.
He has determined that a 30-day continuance is medically advisable to ensure appropriate care without undue additional strain.

In light of this ongoing medical evaluation and my filing deadline tomorrow, April 21, 2026, I intend to file an Emergency Motion for a 30 day Continuance ( or 30 day Extension of all current deadlines)..

Please let me know if Defendant is Opposed/ UnOpposed  by 5:00 pm today so that I may properly file the Motion by tomorrow's deadline.

Please see the attached letter from Dr. Ganim/VITAL HEART & VEIN I will be filing with the Court, for your records.

Thank you.
Christine

---

📄 **Ganim Letter.pdf**
324K

---

**Amit Misra** <amit@misralegal.com>          Tue, Apr 21, 2026 at 10:24 AM
To: Christine Finger <1ladyfinger@gmail.com>, Christine Finger <CHRISTINECFE@aol.com>

Christine:

Best wishes on your recovery. Please mark United as unopposed.

Regards,
Amit

Amit K. Misra, Esq., P.C.
Board Certified
Labor and Employment Law





Texas Board of Legal Specialization

**LABOR AND EMPLOYMENT LAW**

The Misra Legal Group
639 Heights Boulevard
Houston, Texas 77007

832-723-4776 tel
832-476-9656 fax
amit@misralegal.com
www.misralegal.com

---

**From:** Christine Finger <1ladyfinger@gmail.com>
**Sent:** Monday, April 20, 2026 2:45 PM
**To:** Amit Misra <amit@misralegal.com>; Christine Finger <CHRISTINECFE@aol.com>
**Subject:** Finger v Unitd Notice of Ongoing Medical Eval and Request for 30 Day Continuance

[Quoted text hidden]

---

**Christine Finger** <1ladyfinger@gmail.com>                          Tue, Apr 21, 2026 at 11:02 AM
To: Amit Misra <amit@misralegal.com>

Amit.

Thank you very much.

Christine
[Quoted text hidden]

---

**2 attachments**



**Outlook-MLG Logo E**
15K



**Outlook-TBLS Logo**
48K