United States District Court
Southern District of Texas
**ENTERED**
April 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTINE FINGER, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4205 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**ORDER**

Pending before this Court is Plaintiff Christine Finger's ("Plaintiff" or "Finger") Motion for Continuance and Extension of Deadlines (Doc. No. 246). Finger requests an extension of time to file exhibits to her Response to the Defendant's Motion for Summary Judgment (Doc. No. 226, 233) due to her ongoing complications from her COVID-19 diagnosis. Her request for an extension is unopposed by the Defendant. *See* (Doc. No. 246-3). Accordingly, the Motion for Extension of Time (Doc. No. 246) is **GRANTED.** Finger's deadline to file exhibits to her Response to the Defendant's Motion for Summary Judgment is extended to **May 29, 2026.** Defendant may file a reply brief to the Response to the Motion for Summary Judgment (Doc. No. 233) by **June 5, 2026.**

It is so ordered.

Signed on this the 24th day of April 2026.

Andrew S. Hanen
United States District Judge