IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CHRISTINE FINGER,

Plaintiff,Pro Se

v.

UNITED AIRLINES, INC.,

Defendant.

CASE NO. 4:20-cv-04205

United States Courts
Southern District of Texas
F I L E D

MAY 11 2026

Nathan Ochsner, Clerk of Court

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME DUE TO ONGOING MEDICAL NECESSITY

TO THE HONORABLE JUDGE HANEN:

COMES NOW, Plaintiff, Christine Finger, appearing *Pro Se*, and respectfully moves this Court for an extension of time to file her Response to Defendant's Motion for Summary Judgment, and in support shows the Court as follows:

1. **Status of Opposition:** Pursuant to the Local Rules, Plaintiff has conferred with counsel for Defendant, United Airlines, Inc., who has stated that Defendant is **UNOPPOSED** to the relief requested in this motion. (See **Exhibit A** - Email Correspondence).

2. **Medical Diagnosis & Testing:** Following initial feedback from cardiac testing, and wearing of heart monitor, Plaintiff was ordered by Dr. Ganim to wear a continuous heart monitor for *an additional seven days,* beginning **May 4, 2026.** Plaintiff is returning this diagnostic device to the clinic

( tomorrow, ) **Monday, May 11, 2026.** Consequently, Plaintiff's original **May 23rd** follow-up consultation had to be rescheduled for **June 1, 2026,** to allow for full analysis of these results. Plaintiff will not have the necessary medical clearance or status of physician care to address legal filings until after this June 1st appointment, which falls after the current May 29th deadline.

3. **Recent Hospitalizations:** In addition to the cardiac monitoring, Plaintiff was hospitalized twice during this past week of **May 4, 2026,** due to emergency complications, most recently being released yesterday on **May 10, 2026.** Following these hospitalizations, it has been determined that an additional surgical procedure with a specialist is now necessary and is being scheduled as soon as possible. **Medical Necessity:** Plaintiff is currently undergoing escalating diagnostic evaluations. Due to the requirement of continuous monitoring and the upcoming analysis of these results, Plaintiff is physically unable to focus on the high-stress activity of legal drafting at this time. Plaintiff's condition requires a period of stabilization and physician follow up consultation, which is not scheduled to occur until **June 1, 2026.**"

4. **Logistical Constraints:** Plaintiff further notifies the Court that the individual who previously assisted her with the electronic filing (e-filing) of court documents underwent emergency cancer surgery this week and is currently unavailable. Due to this loss of technical assistance and Plaintiff's own physical incapacitation this week, this is the first opportunity Plaintiff has had to physically drive these documents to the courthouse for filing-**Monday, May 11, 2026.**

5. **Request for Extension:** Due to these combined medical and logistical factors, Plaintiff is physically unable to focus on the high-stress activity of legal drafting at this time. Plaintiff respectfully requests that the deadline to file her Response and all associated exhibits be extended to **June 15, 2026.** This extension would move Defendant's reply deadline to **June 22, 2026.**

Plaintiff sincerely regrets any inconvenience these scheduling adjustments may cause the Court and deeply appreciates the Court's continued patience and consideration regarding these unavoidable medical necessities.

## PRAYER

Plaintiff respectfully prays that the Court grant this **Unopposed Motion** and extend the deadlines as requested above.

Respectfully submitted,

Christine Finger

Plaintiff, Pro Se

47 N. High Oaks Circle

The Woodlands, Texas 77380

1Ladyfinger@gmail.com

832-656-6999

## CERTIFICATE OF SERVICE

I certify that on ___May 11 2021___ a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com


/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999

IN THE **UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**CHRISTINE FINGER,**

 **Plaintiff, Pro Se**

**v.**

**UNITED AIRLINES, INC.,**

 **Defendant.**

**CASE NO. 4:20-cv-04205**

**[PROPOSED] UNOPPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time Due to Ongoing Medical Necessity, and finding that good cause exists for the requested relief, hereby **GRANTS** the Motion.

**IT IS ORDERED** that Plaintiff's deadline to file her Response to Defendant's Motion for Summary Judgment and all associated exhibits is extended to **June 15, 2026.**

**IT IS FURTHER ORDERED** that Defendant's deadline to file its Reply is extended to **June 22, 2026.**

SIGNED this ____ day of May, 2026.

ANDREW S. HANEN

UNITED STATES DISTRICT JUDGE

United States Courts
Southern District of Texas
F I L E D

MAY 1 1 2026

Nathan Ochsner, Clerk of Court

## EXHIBIT A

Correspondence with Counsel for Defendant Regarding
Unopposed Status          May 5, 2026


April 20, 2026

 **Gmail**　　　　　　　　　**Christine Finger <1ladyfinger@gmail.com>**

# Finger v United 2 week Extension Request

**Christine Finger** <1ladyfinger@gmail.com>　　　　Tue, May 5, 2026 at 1:13 AM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Good morning Amit,

I am writing to provide a medical update and request a brief 2 week extension. As you are aware, I have been undergoing cardiac evaluation under the care of Dr Mazen Ganim.

Based on the initial results and feedback from my first round of cardiac monitoring, Dr. Ganim  determined that a **second heart monitor** and additional diagnostic testing were required.

 I was fitted with that second heart monitor today ( May 4) and must wear it through next Monday. ( May 11) . Because of this additional ongoing testing, we cannot have the necessary results back in time for my original May 23rd follow-up appointment--consequently, that appointment has been rescheduled for **June 1st** to allow for a full analysis of this new data and all testing completed.

Under the current Order, my response to file MSJ is due May 29th. Given that I will not even have my final results or a medical  clearance from my physician until June 1st now, I am requesting a **two-week extension** of that deadline to **June 15, 2026,** which would move United's reply deadline to **June 22, 2026."**

Please let me know by 5:00 PM today. Tuesday, June 5th  if United is **opposed or unopposed** to this request. If you require a supplemental letter from Dr. Ganim regarding this specific week of monitoring and the new June 1st follow-up appointment, please let me know.

**I appreciate your consideration of this request and your professional courtesy regarding these medical circumstances**

Thank you.

Christine

 **Gmail**                                      **Christine Finger <1ladyfinger@gmail.com>**

---

# Finger v United 2 week Extension Request

---

**Amit Misra** <amit@misralegal.com>                    Tue, May 5, 2026 at 3:20 PM
To: Christine Finger <1ladyfinger@gmail.com>, Christine Finger <CHRISTINECFE@aol.com>

Christine:

Sorry to hear this. Please mark UA as unopposed.

Regards,
Amit

Amit K. Misra, Esq., P.C.
Board Certified
Labor and Employment Law





The Misra Legal Group
639 Heights Boulevard
Houston, Texas 77007

832-723-4776 tel
832-476-9656 fax
amit@misralegal.com
www.misralegal.com

---

**From:** Christine Finger <1ladyfinger@gmail.com>
**Sent:** Tuesday, May 5, 2026 1:13 AM

---

 **Gmail**                                    **Christine Finger <1ladyfinger@gmail.com>**

# Finger v Unitd Notice of Ongoing Medical Eval and Request for 30 Day Continuance

3 messages

---

**Christine Finger <1ladyfinger@gmail.com>**                    Mon, Apr 20, 2026 at 2:45 PM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Amit,

Please be advised that I am currently under the care of Dr. Mazen Ganim of VITAL Heart & Vein, for systemic complications, including cardiovascular issues resulting from my recent COVID-19 infection.

I saw him on Friday , April 18th. I am currently undergoing intensive diagnostic evaluation and clinical workup this month--as part of this process, I am required to wear a heart monitor starting this week.

I informed Dr. Ganim of my lawsuit, and  the critical juncture with the summary judgment deadline when contracting COVID.  He's insistent that I must avoid stress to the greatest extent possible to allow for the completion of necessary testing which has been scheduled, and reassessment at the end of the month.
He has determined that a 30-day continuance is medically advisable to ensure appropriate care without undue additional strain.

In light of this ongoing medical evaluation and my filing deadline tomorrow, April 21, 2026, I intend to file an Emergency Motion for a 30 day Continuance ( or 30 day Extension of all current deadlines)..

Please let me know if Defendant is Opposed/ UnOpposed  by 5:00 pm today so that I may properly file the Motion by tomorrow's deadline.

Please see the attached letter from Dr. Ganim/VITAL HEART & VEIN I will be filing with the Court, for your records.

Thank you.
Christine

---

 **Ganim Letter.pdf**
324K

---

**Amit Misra <amit@misralegal.com>**                    Tue, Apr 21, 2026 at 10:24 AM
To: Christine Finger <1ladyfinger@gmail.com>, Christine Finger <CHRISTINECFE@aol.com>



04/20/2026

CHRISTINE FINGER

**To Whom It May Concern,**

This letter is to confirm that **Ms. Christine Finger** is currently under our care for ongoing cardiac evaluation, testing, and medical workup. She was most recently evaluated in our office on **April 17, 2026.**

Following a recent COVID-19 infection, she continues to experience symptoms requiring further cardiac assessment and close monitoring. Given her current condition and the need for additional diagnostic testing, it is medically advisable that she **limit physical exertion and avoid stress to the greatest extent possible** at this time.

Due to these ongoing medical concerns, we support her request for a **30-day continuance** to allow for completion of necessary testing and reassessment of her condition. We anticipate that additional information regarding her status and recommendations will be available following this period of continued evaluation.

These recommendations are made in the interest of her health and to ensure appropriate medical care without undue strain.

If further information is needed, please feel free to contact our office.

Sincerely,

Mazen Ganim, MD

Vital Heart & Vein (Main) 18450 Highway 59 N, Humble, TX 77338 P: 281-446-6656
Vital Heart & Vein (TMC) 1213 Hermann Dr., Ste. 720, Houston, TX 77004 P: 713-796-9696
Vital Heart & Vein (Northwest) 800 Peakwood Dr., Ste. 2E, Houston, TX 77090 P: 281-572-0248
Vital Heart & Vein (Pearland) 10907 Memorial Hermann Dr., Ste. 400, Pearland, TX 77584 P:281-741-0280
Vital Heart & Vein (Southeast) 10930 Resource Pkwy , Ste. A, Houston, TX 77089 P: 281-661-5767
Vital Heart & Vein (Sugar Land) 15200 Southwest Fwy, Ste. 270, Sugar Land, TX 77478 P: 281-661-2447
Vital Heart & Vein (West Houston) 12121 Richmond Ave, Ste. 314, Houston, TX 77082 P: 281-537-8013
Vital Heart & Vein (Conroe) 500 Medical Center Blvd, Ste 365, Conroe, TX 77304 P: 936-207-2566

Christine:

Best wishes on your recovery. Please mark United as unopposed.

Regards,
Amit

Amit K. Misra, Esq., P.C.
Board Certified
Labor and Employment Law





The Misra Legal Group
639 Heights Boulevard
Houston, Texas 77007

832-723-4776 tel
832-476-9656 fax
amit@misralegal.com
www.misralegal.com

---

**From:** Christine Finger <1ladyfinger@gmail.com>
**Sent:** Monday, April 20, 2026 2:45 PM
**To:** Amit Misra <amit@misralegal.com>; Christine Finger <CHRISTINECFE@aol.com>
**Subject:** Finger v Unitd Notice of Ongoing Medical Eval and Request for 30 Day Continuance

[Quoted text hidden]

---

**Christine Finger** <1ladyfinger@gmail.com>                    Tue, Apr 21, 2026 at 11:02 AM
To: Amit Misra <amit@misralegal.com>

Amit.

Thank you very much.

 Gmail

**Christine Finger <1ladyfinger@gmail.com>**

# Finger v United 2 week Extension Request

**Christine Finger** <1ladyfinger@gmail.com>
To: Amit Misra <amit@misralegal.com>

Tue, May 5, 2026 at 8:48 PM

Amit

Thank you so much
This is turned into a nightmare.
ugh.
I will keep you posted ..

thanks
Christine
[Quoted text hidden]

**2 attachments**



**Outlook-MLG Logo E**
15K



**Outlook-TBLS Logo**
48K