United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTINE FINGER, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4205 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**ORDER**

Pending before this Court is Plaintiff Christine Finger's ("Finger") Motion Extension of Time Due to Ongoing Medical Necessity (Doc. No. 248). Finger requests an extension of time to file exhibits to her Response to the Defendant's Motion for Summary Judgment (Doc. No. 226, 233) due to her ongoing medical complications. Her request for an extension is unopposed by the Defendant. *See* (*id.*). Accordingly, the Motion for Extension of Time (Doc. No. 248) is **GRANTED.** Finger's deadline to file exhibits to her Response to the Defendant's Motion for Summary Judgment is extended to **June 15, 2026.** Defendant may file a reply brief to the Response to the Motion for Summary Judgment (Doc. No. 233) by **June 22, 2026.**

It is so ordered.

Signed on this the 13th day of May 2026.

Andrew S. Hanen
United States District Judge