IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,

Plaintiff,Pro Se

v.

UNITED AIRLINES, INC.,

Defendant.

Civil Action No. 4:20-cv-4205

United States Courts
Southern District of Texas
FILED

JUN 1 2 2026

Nathan Ochsner, Clerk of Court

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes Now, Christine Finger Plaintiff Pro Se and respectfully moves for an extension of time to file her Response to Defendant's Motion for Summary Judgment. **(Doc 249)**

Defendant **United Airlines, Inc.** is **unopposed** to this request.

## I. Procedural Background and Medical Timeline

1. On **May 13, 2026**, the Court entered **Doc. 249**, extending Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment to **June 15, 2026**, with Defendant's reply due **June 22, 2026**.

2. Plaintiff has experienced **ongoing medical complications** beginning with a **COVID-19 infection in late March 2026**, followed by persistent viral complications documented throughout **April and May**. On **May 15, 2026**,

Plaintiff sought treatment at **Urgent Care** and later at the **Houston Methodist Hospital Emergency Department** due to worsening symptoms.

3. On **April 17, 2026,** Plaintiff was evaluated by her cardiologist, **Dr. Mazen Ganim** of **Vital Heart & Vein**, due to post-COVID cardiac symptoms. At that appointment, she was placed on a **3-day cardiac monitor**, and based on the results, Dr. Ganim ordered an **additional week-long cardiac monitor,** which Plaintiff wore during the month of May.

4. Plaintiff remained under the care of her cardiologist and other specialists throughout May while undergoing cardiac monitoring, bloodwork, and evaluation for surgical clearance.

5. On **May 29, 2026,** Plaintiff attended a cardiology appointment at **Vital Heart & Vein** for **pre-clearance for two surgeries scheduled for June 2, 2026**. During this appointment, Plaintiff was informed that, based on her cardiac monitoring and symptoms, a **heart ablation would likely be required** following the June 2 surgeries.

6. Later on **May 29, 2026,** Plaintiff emailed Defendant's counsel, **Amit Misra,** requesting a **30-day extension** from June 15 to **July 15, 2026,** due to ongoing cardiac evaluation and the upcoming surgeries. Counsel responded the same day confirming that **United was unopposed** to the July 15 extension.

7. On **June 2, 2026,** Plaintiff underwent **two surgical procedures** at **Houston Methodist Medical Center**. Following surgery, Plaintiff experienced a **post-operative reaction,** requiring an **Urgent Care visit** and multiple follow-up appointments with her treating physicians during the week of June 3–7. Plaintiff's autoimmune condition requires that surgeries and procedures be **spaced out** to avoid complications.

8. Because of these complications, on **June 4, 2026,** Plaintiff notified Defendant's counsel of the unexpected surgeries and post-operative issues

and explained that she would not be medically able to complete the summary-judgment response by July 15. Plaintiff also advised that she is scheduled to see her cardiologist, **Dr. Ganim**, on **June 15, 2026**, for follow-up evaluation.

9. After reviewing the results of Plaintiff's cardiac monitoring and the May 29 appointment, Plaintiff's cardiologist recommended a **cardiac ablation**, which has now been scheduled for the earliest available date: **August 5, 2026**. Plaintiff will require pre-operative testing the week prior and recovery time thereafter. Plaintiff's autoimmune condition requires that surgeries and procedures be **spaced out** to avoid complications.

10. Based on these developments, Plaintiff requested an extension to **August 31, 2026**. On **June 8, 2026**, Defendant's counsel confirmed that **United is unopposed** to the requested August 31 extension.

## II. Basis for the Requested Extension

Plaintiff continues to experience significant medical complications stemming from **post-COVID cardiac and autoimmune conditions**, including:

- COVID infection in late March
- persistent viral symptoms through April and May
- urgent care and ER visits
- April 17 cardiology appointment and two rounds of cardiac monitoring
- cardiology pre-clearance appointment on May 29
- two surgeries on June 2. 2026
- post-operative complications requiring urgent care
- ongoing specialist and cardiology follow-ups during week of June 2 – June 11.
- An upcoming scheduled cardiac ablation on **August 5 2026.**

These conditions materially impair Plaintiff's ability to prepare a complete and accurate response to Defendant's Motion for Summary Judgment by June 15, 2026.

Plaintiff has extensive medical records relating to these conditions. Due to the volume and sensitive nature of these records, Plaintiff has not attached them here but will promptly provide any documentation the Court requests.

This request is made in **good faith**, not for delay, and is **unopposed**.

## III. Requested Relief

Plaintiff respectfully requests that the Court extend the deadline to file her Response to Defendant's Motion for Summary Judgment to **August 31, 2026**, and extend Defendant's reply deadline to **September 7, 2026**, or as the Court deems appropriate.

## IV. Exhibits

- **Exhibit A:** Court's May 13, 2026 Order (Doc. 249).
- **Exhibit B:** Email correspondence between Plaintiff and Defendant's counsel dated May 29–June 8, 2026, documenting Plaintiff's medical updates and Defendant's non-opposition.
- **Exhibit C:** *Medical documentation will be provided to the Court upon request.*

Respectfully submitted,

/s/ Christine Finger
**Christine Finger**

47 N. High Oaks Circle
The Woodlands, Texas 77380
1Ladyfinger@gmail.com
832-656-6999

CERTIFICATE OF SERVICE

I certify that on _June 12, 2021_ a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.

Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999