# EXHIBITS COVER SHEET FOR PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**CHRISTINE FINGER,**

Plaintiff, Pro Se

v.

**UNITED AIRLINES, INC.,**

Defendant.

**Civil Action No. 4:20-cv-4205**

United States Courts
Southern District of Texas
F I L E D

JUN 1 2 2026

Nathan Ochsner, Clerk of Court

**EXHIBITS**

To Plaintiff's Unopposed Motion for Extension of Time

to Respond to Defendant's Motion for Summary Judgment

- **Exhibit A** – Court's May 13, 2026 Order (Doc. 249)
- **Exhibit B** – Email Correspondence (May 29–June 8, 2026)
- **Exhibit C** – Medical documentation available upon request

**EXHIBIT A**

Court's May 13, 2026 Order (Doc. 249)

**EXHIBIT B**

Email Correspondence (May 29–June 8, 2026)

**EXHIBIT C**

Medical Documentation (Available Upon Request)

Plaintiff will provide supporting medical documentation to the Court upon request.

# EXHIBIT  A

United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTINE FINGER, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4205 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court is Plaintiff Christine Finger's ("Finger") Motion Extension of Time Due to Ongoing Medical Necessity (Doc. No. 248). Finger requests an extension of time to file exhibits to her Response to the Defendant's Motion for Summary Judgment (Doc. No. 226, 233) due to her ongoing medical complications. Her request for an extension is unopposed by the Defendant. *See* (*id.*). Accordingly, the Motion for Extension of Time (Doc. No. 248) is **GRANTED.** Finger's deadline to file exhibits to her Response to the Defendant's Motion for Summary Judgment is extended to **June 15, 2026.** Defendant may file a reply brief to the Response to the Motion for Summary Judgment (Doc. No. 233) by **June 22, 2026.**

It is so ordered.

Signed on this the 13ᵗʰ day of May 2026.

Andrew S. Hanen
United States District Judge

1

# EXHIBIT B

 Gmail

**Christine Finger <1ladyfinger@gmail.com>**

# Finger v United Request for Agree Extension of Summary Judgment Response Deadline

**Christine Finger** <1ladyfinger@gmail.com>        Fri, May 29, 2026 at 2:27 PM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Amit,

I wanted to reach out before filing any request with the Court to determine whether United would oppose a brief extension of the current summary judgment response deadline, currently June 15, 2026. ,

As you know, I have experienced significant medical complications over the past several months. I appreciate United's agreement to the extensions and continuances that have been granted thus far in light of those medical circumstances.

I was diagnosed with COVID in late March 2026 and again experienced ongoing COVID viral complications on April 1st, and May 15,resulting in multiple urgent care and emergency room visits. Due to continuing medical concerns, I underwent multiple cardiac monitoring evaluations, including both a 3-day and 7-day heart monitor, as well as specialist consultations and follow-up treatment.

Following extensive testing, specialist evaluations, and ongoing treatment, I was originally scheduled to undergo two surgical procedures on May 26, 2026. However, those procedures were postponed to June 2, 2026 due to continuing viral complications and the need to obtain cardiac clearance before surgery could safely proceed.

I attended my cardiology follow-up appointment this morning and have now received cardiac clearance for the two surgeries for this upcoming Tuesday, June 2, 2026.

During today's follow up appointment, it was recommended that I undergo a cardiac ablation procedure based upon the results of my recent cardiac testing and monitoring. I have a follow-up appointment with Dr. Ganim on June 15, 2026(, as it had to be delayed to ensure all test results were back). He will discuss my, ongoing treatment, availability for surgery and scheduling of the next phase of care.

Given these circumstances, June will be consumed by surgeries, recovery, specialist follow-up, and anticipated cardiac intervention. Accordingly, I am requesting that United agree to extend the current summary judgment response deadline from June 15, 2026, to July 15, 2026.

I believe this request is reasonable under the circumstances and hopefully willl allow me sufficient time to recover from the scheduled surgeries and complete the necessary medical treatment and follow-up while finalizing the SJ response.

If needed, I can provide supporting medical documentation.

Please let me know whether United will oppose this request before I prepare and file a detailed motion with the Court. If United is unopposed, I would prefer to advise the Court accordingly and avoid unnecessary motion practice.

Thank you,

Christine

[Quoted text hidden]

**Christine Finger** <1ladyfinger@gmail.com>                    Fri, May 29, 2026 at 4:45 PM
To: Amit Misra <amit@misralegal.com>
Cc: Christine Finger <CHRISTINECFE@aol.com>

Amit,

Thank you for your quick response and well wishes.  Deeply appreciated.
I will try and file with the court as soon as possible. Not sure if I can get there Monday, before
Tuesday's surgeries.
I will keep you updated.

Thank you again.
Christine
[Quoted text hidden]

[Quoted text hidden]

---

**Christine Finger** <1ladyfinger@gmail.com>
To: Amit Misra <amit@misralegal.com>
Cc: Christine Finger <CHRISTINECFE@aol.com>

Fri, May 29, 2026 at 4:45 PM

Amit,

Thank you for your quick response and well wishes. Deeply appreciated.
I will try and file with the court as soon as possible. Not sure if I can get there Monday, before
Tuesday's surgeries.
I will keep you updated.

Thank you again.
Christine
[Quoted text hidden]

 **Gmail**

                                                          **Christine Finger <1ladyfinger@gmail.com>**

# Request for Additional Extension – Summary Judgment Response
1 message

---

**Christine Finger <1ladyfinger@gmail.com>**                          Thu, Jun 4, 2026 at 6:42 PM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Amit,

I wanted to provide you with an updated medical status. As I informed you last week, I had two surgeries scheduled this past Tuesday, June 2nd. This evening (June 4), I had to go to urgent care due to a post-operative concern. Because of this, my surgeon called me tonight and will be checking on me again tomorrow, and if needed, will see me on next week to evaluate the complication.

Also based upon Tuesday's surgeries, I may require an additional surgery in June/ July now.

Adding to this, as I stated in my prior email, my cardiologist Dr Ganim has recommended a cardiac ablation based on the heart-monitor results and the evaluations completed in May. I am scheduled to meet with **Dr. Ganim on June 15** to finalize the ablation plan. He will be **out of the country beginning June 17**, which limited scheduling options. The **earliest available ablation date is August 5**, which is now scheduled. I also have required pre-operative testing and clearance appointments the week prior to August 5th

 Due to my post-COVID cardiac issues and autoimmune condition, my physicians are being very conservative about spacing procedures and recovery time.

As you responded last week, you were unopposed to the initial 30-day extension from June 15th through July 15. Based on my updated medical circumstances today and the now scheduled August 5th ablation, I am requesting an **additional 45-day extension**, moving the deadline from **July 15 to August 30, 2026**, so that I can complete all required medical treatment and recovery.

Again, thank you for your understanding and consideration.

Please let me know whether you are opposed or unopposed so that I may file the Motion with the Court.

Thank you,
Christine

 **Gmail**                                    **Christine Finger <1ladyfinger@gmail.com>**

# Finger v United Follow Up on Extension Request
3 messages

---

**Christine Finger** <1ladyfinger@gmail.com>                    Mon, Jun 8, 2026 at 9:24 AM
To: Amit Misra <amit@misralegal.com>, Christine Finger <CHRISTINECFE@aol.com>

Good morning Amit,

Following up on Thursdays email, could you please let me know United's position on my requested continuance of the summary-judgment response deadline to **August 31st**?

Thank you,
Christine

---

**Amit Misra** <amit@misralegal.com>                            Mon, Jun 8, 2026 at 10:08 AM
To: Christine Finger <1ladyfinger@gmail.com>, Christine Finger <CHRISTINECFE@aol.com>

Apologies for the delay, Christine.

Please mark UA as unopposed.

Regards,
Amit

Amit K. Misra, Esq., P.C.
Board Certified
Labor and Employment Law




Texas Board of Legal Specialization
LABOR AND EMPLOYMENT LAW

The Misra Legal Group
639 Heights Boulevard

Houston, Texas 77007

832-723-4776 tel
832-476-9656 fax
amit@misralegal.com
www.misralegal.com

---

**From:** Christine Finger <1ladyfinger@gmail.com>
**Sent:** Monday, June 8, 2026 9:24 AM
**To:** Amit Misra <amit@misralegal.com>; Christine Finger <CHRISTINECFE@aol.com>
**Subject:** Finger v United Follow Up on Extension Request

[Quoted text hidden]

---

**Christine Finger** <1ladyfinger@gmail.com>                         Mon, Jun 8, 2026 at 10:28 AM
To: Amit Misra <amit@misralegal.com>
Cc: Christine Finger <CHRISTINECFE@aol.com>

No worries.
Thank you very much.

Christine


[Quoted text hidden]

---

**2 attachments**


**image.png**
48K


**image.png**
15K

# EXHIBIT  C

**Medical Documentation Available Upon Request.**