## (PROPOSED) ORDER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**CHRISTINE FINGER,**

Plaintiff, Pro Se

v

**UNITED AIRLINES, INC.,**

Defendant.

**Civil Action No. 4:20-cv-4205**

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's **Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment**. Having considered the motion and noting Defendant's non-opposition, the Court finds that **good cause** exists to grant the requested relief.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file her Response to Defendant's Motion for Summary Judgment is extended to **August 31, 2026**.

IT IS FURTHER ORDERED that Defendant's reply deadline is extended to **September 7, 2026**.

SIGNED this ___ day of __________, 2026.

______________________________________

**Honorable Andrew S. Hanen**
United States District Judge