United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTINE FINGER, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4205 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## ORDER

Pending before this Court is Plaintiff Christine Finger's ("Finger") Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. No. 250). Finger requests an extension of time to file exhibits to her Response to the Defendant's Motion for Summary Judgment (Doc. No. 226, 233) due to her ongoing medical complications. Her request for an extension is unopposed by the Defendant. *See* (Doc. No. 251). Accordingly, the Motion for Extension of Time (Doc. No. 248) is **GRANTED.** Finger's deadline to file exhibits to her Response to the Defendant's Motion for Summary Judgment is extended to **August 31, 2026.** Defendant may file a reply brief to the Response to the Motion for Summary Judgment (Doc. No. 233) by **September 11, 2026.**

It is so ordered.

Signed on this the 22nd day of June 2026.

Andrew S. Hanen
United States District Judge