**Civil Action No. 4:20-cv-04205**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

V

**.UNITED AIRLINES, INC.,**
Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME AND FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT EXHIBITS

COMES Now,Plaintiff Christine Finger, proceeding pro se, and respectfully moves for a brief three-day extension of the current August 31, 2026 deadline, through **September 3, 2026**, to complete and file her supplemental submission and supporting exhibits. In support, Plaintiff states as follows:

1. Plaintiff has been working diligently to complete the filing and supporting evidentiary record within the Court's deadline.
2. Plaintiff requires a brief additional period to complete the organization, citation, and electronic preparation of the supporting exhibits and record materials necessary for the Court's review.
3. Plaintiff contacted counsel for Defendant, Amit Misra, regarding this requested three-day extension. **Defendant does not oppose the requested extension.**
4. This request is made in good faith, is limited to three days, and is not sought for purposes of delay. The brief extension will permit Plaintiff to submit an organized and properly cited record and will not prejudice Defendant.
5. Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Court may, for good cause, extend the time when a request is made before the existing deadline expires.

## PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend Plaintiff's current **August 31, 2026 deadline through September 3, 2026**, and grant such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**Christine Finger**
Plaintiff, Pro Se

47 N. High Oaks Circle

The Woodlands Texas 77380

832-656-6999

1Ladyfinger@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Defendant, Amit Misra, regarding the relief requested in this Motion, and **Defendant is unopposed to the requested three-day extension through September 3, 2026.**

/s/Christine Finger
Plaintiff, Pro Se

CERTIFICATE OF SERVICE
I certify that on ____________________, a true and correct copy of the foregoing was served via CM/ECF and by email on counsel listed below.
Amit K. Misra
The Misra Legal Group, P.C.
639 Heights Boulevard
Houston, Texas 77007
T: 832-723-4776 | F: 832-476-9656
Email: amit@misralegal.com

/s/ Christine Finger
Christine Finger, Pro Se
47 North High Oaks Circle
The Woodlands, Texas 77380
1LadyFinger@gmail.com | 832-656-6999