**Civil Action No. 4:20-cv-04205**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

V

**.UNITED AIRLINES, INC.,**
Defendant.

**( PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME**

The Court, having considered Plaintiff's Unopposed Motion for Three-Day Extension of Time, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's deadline is extended from August 31, 2026, through **September 3, 2026**.

**SIGNED, this ____ day of ___________, 2026.**

**HONORABLE ANDREW S. HANEN**
UNITED STATES DISTRICT JUDGE