# CIVIL ACTION NO. 4:20-cv-04205

**PROPOSED ORDER**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

v.

**UNITED AIRLINES, INC.,**
Defendant.

**(PROPOSED) ORDER**

Pending before the Court are Plaintiff Christine Finger's Unopposed Motion for Extension of Time and for Leave to Supplement Summary-Judgment Exhibits [Dkt. 254] and Plaintiff's Opposed Supplemental Motion for Brief Extension of Time and for Leave to File Supplemental Summary-Judgment Exhibits and Request for Expedited Consideration [Dkt. ___].

Having considered the Motions, the record, and the applicable law, the Court finds that the requested extension should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's deadline to file the remaining supplemental exhibits and evidentiary materials supporting her Response to Defendant United Airlines, Inc.'s Restated Motion for Summary Judgment [Dkt. 226] is extended through **September 14, 2026**.

It is further **ORDERED** that Defendant may file its reply in support of its Restated Motion for Summary Judgment on or before **September 21, 2026**.

It is so ORDERED.

SIGNED this ______ day of September, 2026.

________________________________________

**ANDREW S. HANEN**
UNITED STATES DISTRICT JUDGE