**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE FINGER,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:20-CV-04205** |
| | § | |
| **UNITED AIRLINES, INC.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSED MOTION FOR EXTENSION OF TIME**

---

Defendant United Airlines, Inc. ("UA") files this response to the motion for extension of time filed by Plaintiff Christine Finger ("Finger"), Dkt. 255.

1. On June 22, 2026, the Court entered an order setting an August 31, 2026 deadline for Finger to file exhibits to her response to UA's motion for summary judgment. Dkt. 253. On August 31, 2026, Finger filed an unopposed motion seeking a three-day extension of the deadline which the Court previously set, until September 3, 2026. Dkt. 254. On September 2, 2026, Finger filed an opposed motion seeking an additional extension of the deadline through September 14, 2026. Dkt. 255. Finger cites her current health condition as the basis for her request. *Id*. Although Finger files an exhibit with her motion, Dkt. 255-1, the exhibit is unfortunately blank and contains no information.

2. While UA remains sympathetic to Finger's health condition, it would like to take the opportunity with its opposition to this motion to bring additional contextual information to the Court's attention. On August 24, 2026, counsel for UA received an email from Deborah Swan. *See* Ex. 1. Ms. Swan stands as the plaintiff in Case No. 26-01-00747 in the 284 District Court,

Montgomery County, Texas, styled as *Deborah Swan v. Christine Finger* (the "Swan Case"). *Id*. Ms. Swan brought to counsel's attention the existence of her lawsuit as well as that of another lawsuit involving Finger, Case No. 25-12-19927 in the County Court at Law No. 6, Montgomery County, Texas, styled as *Christine Finger v. Thomas (T.R.) R. Jones* (the "Jones Case"). *Id*. Ms. Swan alleges that Finger has actively litigated one matter while representing that her health condition merits extension of time in the other matters. In particular, Ms. Swan contends that while Finger informed the court in the Jones Case that she underwent a cardiac ablation on August 5, 2026, Finger still managed to file an 89-page pleading in the Swan Case two days later, on August 7, 2026. *Id*.

3. Should the Court still grant Finger additional time to file her summary judgment evidence, UA asks that it be provided at least ten days to submit its reply brief and its objections to Finger's evidence.

Respectfully submitted,

THE MISRA LEGAL GROUP

By: **/s/ Amit K. Misra**
Amit K. Misra, Esq., P.C.
S.D. Tex. No. 21460
State Bar of Tex. No. 00795534

639 Heights Boulevard
Houston, Texas 77007
832-723-4776 Telephone
832-476-9656 Telecopier
amit@misralegal.com

ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of September, 2026, a copy of the foregoing was filed electronically with the Clerk of Court and served by email as permitted by the consent of parties under Rule 5(b)(2)(F), to the following pro se party:

Christine Finger
1ladyfinger@gmail.com

**/s/ Amit K. Misra**
Amit K. Misra