**CIVIL ACTION NO. 4:20-cv-04205**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

v.

**UNITED AIRLINES, INC.,**
Defendant.

**(PROPOSED ) ORDER**

Pending before the Court is **Plaintiff Christine Finger's Supplemental Notice of September 6, 2026 GOOGLE CHROME System Outage, Resulting File Loss and Geek Squad System Restoration, Renewed Motion For Extension Through September 14, 2026 And Request for Expedited Consideration**

Having considered the Motion, the prior extension filings, Defendant's position, the record, and the applicable law, the Court finds that good cause exists for the limited extension requested.

It is therefore **ORDERED** that Plaintiff's deadline to file the remaining exhibits and evidentiary materials supporting her Response to Defendant's Restated Motion for Summary Judgment [Dkt. 226] is extended through **September 14, 2026**.

It is further **ORDERED** that Defendant may file its reply brief and any objections to Plaintiff's summary-judgment evidence on or before **September 24, 2026**, thereby *providing Defendant the ten-day response period it requested in Dkt. 256.*

It is so **ORDERED**.

SIGNED this _____ day of September, 2026.

_______________________________________

**HONORABLE ANDREW S. HANEN**
UNITED STATES DISTRICT JUDGE