Exhibit A

Yes, Downdetector recorded widespread user reports of outages and loading issues affecting Google services—including search, YouTube, and browser-related connectivity—throughout yesterday evening, September 6, 2026.

While the core Google Chrome browser application itself remained officially operational, users experienced secondary disruptions such as infinite loading on search pages, failing video thumbnails, and general connection errors caused by the broader Google service fluctuations. isdown.app +2


ector
United States
English
For Business
See outages in real-time
35,635
services
72
countries
Check if services are down or experiencing issues.
Which service is not working?
Geek Squad...
Search


downdetector
United States
English
For Busines
YouTube
YouTube
Google
Google
AT&T
Spectrum
Spectrum
Gmail
Fortnite
FORT
Roblox
Xbox Network (Xbox Live)
YouTube TV
Search

Exhibit B

11:18 p.m.

Thank you. You've accepted Agent Shah's Service Offer

Thank you for your order. Order ID:BBY01-807247913672

Your conversation may be recorded for quality assurance. By continuing, you agree to our Terms and Conditions and Privacy Policy.

Type your message here...

| | |
|---|---|
| **Subtotal:** | $39.99 |
| **Estimated Tax:** | $3.30 |

11:22 PM
9/6/2026


MRI - Home
MRI Home
Geek Squad Central
Geek Squad Forums
Info Center
TAMS
Training Resources
Actions
Refresh FFS
MRI Info Center
Secure Boot Recovery Utility Boot ISO (SBRUBI) v1.0
A new tool has been made available to Agents, see inside for more details!
Jul 30, 2026 02:29 PM
MRI BDE 6.1 Update 4
Agents! MRI BDE 6.1 Update 4 has been released. This is a very important update, see inside for more details!
Jul 08, 2026 03:40 PM
MRI Imaging - Sodium Update 4
Agents, we have released an update for MRI Imaging Sodium. This update includes X64 and ARM64 Imaging PE, check inside for details!
May 21, 2026 02:42 PM
MRI BDE 6.1 Update 3
Agents! MRI BDE 6.1 Update 3 has been released. See inside for more details!
Apr 30, 2026 02:46 PM
MRI Customizer 4.0
Agents, an update is available for MRI Customizer. This release includes licensing updates, updated third party applications, and backend enhancements to allow for future releases. See inside for more details!
Apr 09, 2026 03:00 PM
MRI Customizer 3.15 Update 2
Agents, an update is available for MRI Customizer. This release includes licensing updates as well as backend enhancements. See inside for more details!
Jan 23, 2026 07:29 PM
Agent Toolbox
Confidential Trade Secret of ©2004-2025 Best Buy Enterpr
Startup Manager
FNOD
Process Analyzer
System Updater
Uninstaller
Temp Cleaner
FAQE
FFS
MRI HUD x64 v4.0.0.2
System
Notes
Manufacturer: Dell Inc.
Model: Inspiron 16 7620 2-in-1
UUID: 4C4C4544-0057-5810-804B-C
ument offline due to unstable connection
Force reload
Search


Your desktop is being remote controlled by Amita Bera
12:59 AM Amita Bera: are you there ?
12:59 AM Christine Finger: yes mam
1:00 AM Amita Bera: can I calk ou ?
1:00 AM Amita Bera: call you*
1:00 AM Christine Finger: yes please
To help protect
or more
< Back
Finish
Cancel
norton


Geek Squad Online Support
Your desktop is being remote controlled by Amita Bera
Amita Bera: are you there ?
Christine Finger: yes mam
Amita Bera: can I cally ou ?
Amita Bera: call you*
Christine Finger: yes please
< Back
Finish
Cancel
norton
Creating document offline due to unstable connection
Force reload
Search

LegalHusk

Exhibit C

128

Home / [redacted]

Order#[redacted]MOTION TO DISMISS US FEDERAL COURT SOUTHERN DISTRICT OF TEXAS

Edit Details | Change Deadline | Previous Orders: 0

| | |
|---|---|
| **Title** | MOTION TO DISMISS US FEDERAL COURT SOUTHERN DISTRICT OF TEXAS |
| **Amount** | $2,500 Partially Paid $1,750 — Pay Pending $750 |
| **Invoice** | View Invoice |
| **Status** | Completed — Request Revision / Approve & Rate / Tip |
| **Deadline** | Aug 28, 2026, 5:03 AM |
| **Specialist** | [redacted] |
| **Created At** | Aug 18, 2026, 1:03 PM |
| **Revisions** | |
| **Files** | |

Drop files here or click to upload

Upload

- FINAL EXHIBIT D WORK HISTORY SCHEDULING CRE....PDF 1.2 MB
  **LegalHusk Support** - Aug 28, 2026, 6:54 PM — Download
- FINAL EXHIBIT B JUNE 27 28 2019 MANAGEMENT ....PDF 4.22 MB
  **LegalHusk Support** - Aug 28, 2026, 6:54 PM — Download
- FINAL EXHIBIT K WHEELING HIBBARD AND EEOC R....PDF 2.82 MB
  **LegalHusk Support** - Aug 28, 2026, 6:54 PM — Download
- FINAL EXHIBIT J POST SEPARATION TERMINATION....PDF 4.27 MB
  **LegalHusk Support** - Aug 28, 2026, 6:54 PM — Download