# JUNE 28–29, 2019 EMAIL THREAD # 15 (UNITED 5303 - 05)

**June 28, 2019 — 5:23 p.m.**
**From:** Aleta Stansberry
**To:** Christine Finger
**Re:** Administrative Termination

Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.

A copy of this letter has been placed in your P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.

**UNITED005301–005302**

---

**June 28, 2019 — 7:58 p.m.**
**From:** Elizabeth Hibbard
**To:** Aleta Stansberry

Hi Aleta,

Christine attended requal training and is back.....so I'm very concerned about this letter. Please advise.

Thank you-

Elizabeth

**UNITED005301**

---

**June 28, 2019 — 8:04 p.m.**
**From:** Aleta Stansberry
**To:** Elizabeth Hibbard

Training is not active work.

**UNITED005300–005301**

---

**June 29, 2019 — 8:18 a.m.**
**From:** Elizabeth Hibbard
**To:** Aleta Stansberry
**CC:** Tammy Holt

Aleta,

That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

**UNITED005300**

---

**June 29, 2019 — 8:23:19 a.m.**
**From:** Elizabeth Hibbard
**To:** Aleta Stansberry
**CC:** Tammy Holt

Correction- typo in last email should have stated "got in writing" vs "wrong". Please let me know.

Thank you!

Elizabeth

**UNITED005314**

---

**June 29, 2019 — 8:54:51 a.m.**
**From:** Tammy Holt
**To:** Elizabeth Hibbard
**CC:** Aleta Stansberry; Crystal Heckman
**BCC:** Bob Krabbe **[shown on UNITED005296; BCC not displayed on UNITED004372]**

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

**UNITED005296 — BCC: Bob Krabbe**
**UNITED004372 — same communication; BCC not displayed**

---

**June 29, 2019 — 10:48:33 a.m.**
**From:** Bob Krabbe
**To:** Tammy Holt

You might suggest she reach out to the MEC.

**UNITED005311**

---

**June 29, 2019 — 10:57:30 a.m.**
**From:** Elizabeth Hibbard
**To:** Tammy Holt

Tammy,

Can we discuss this on the phone? I am shocked and confused.

832-465-7173

Thank you-

Elizabeth

**UNITED004363 / UNITED005300**

---

#5308

TH → BCC's Bob Krabbe

BCC Bob Krabbe

Message

| | |
|---|---|
| From: | Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F18AB201A71AF8EB511] |
| Sent: | 6/29/2019 11:35:15 AM (11:35:15) |
| To: | Elizabeth Hibbard [ehibbard@unitedafa.org] |
| CC: | Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DD82DB0E0B745] |
| * BCC: | Krabbe, Bob [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8FC392CC701C44CC866A317226599841] |
| Subject: | Re: Christine Finger 231679 Admin Terminations June 28 2019 |

Bob Krabbe (per instructions email 10:48)

not on others

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Tammy,
>
> Can we discuss this on the phone? I am shocked and confused. 832 405 7173
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone

↔ 10:48 am missing BKrabbe → TH #5311
You might suggest she reach out to MEC.

> On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote:
>
>> Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>>
>> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>>
>> Tammy
>>
>> Sent from my iPhone

8:23 am.
* missing email EH → AS
cc → TH
"Typo"

>> On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:
>>
>>> Aleta,
>>>
>>> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got

Case 4:20-cv-04205 Document 226-1 Filed 01/31/26 in TXSD Page 115 of 153

#13 (31)

Message

**From:** Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BAB201A71AF8EB511]
**Sent:** 6/29/2019 11:35:15 AM
**To:** Elizabeth Hibbard [ehibbard@unitedafa.org]
**CC:** Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DDB2DB0E0B745]
no BCC
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

informal
BK. BCC

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Tammy,
>
> Can we discuss this on the phone? I am shocked and confused. 832-465-7173
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote:
>
>> Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>>
>> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>>
>> Tammy
>>
>> Sent from my iPhone
>>
>> On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:
>>
>>> Aleta,
>>>
>>> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her

* no BCC · Bob Krabbe

Message

| | |
|---|---|
| From: | Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F18AB201A71AF8EB511] |
| Sent: | 6/29/2019 11:35:15 AM |
| To: | Elizabeth Hibbard [ehibbard@unitedafa.org] |
| CC: | Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DDB2DB0E0B745] |
| Subject: | Re: Christine Finger 231679 Admin Terminations June 28 2019 |

11:35:15

no * BCC

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

Tammy,

Can we discuss this on the phone? I am shocked and confused. 832-465-7173

Thank you-

Elizabeth

Sent from Elizabeth's iPhone

10:48:33 * missing email BKrabbe → TH #5311 "You might suggest she reach out to MEC"

On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote: to (?) heading

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

missing email 8:23 am EH → AS cc TH

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote: to (?)

Aleta,

That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her

8:23 all missing am
4360 4363
5303 5390
5308 4372
email

Message

**From:** Holt, Tammy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B65099BF5546491C810217C63A92FC7D-U218233]
**Sent:** 6/29/2019 11:35:15 AM
**To:** Elizabeth Hibbard [ehibbard@unitedafa.org]
**CC:** Stansberry, Aleta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab31c69a31444b1ae6f8fd8f1d47e29-u222936]; Heckman, Crystal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac565fc83a75486d9dc80b41cd61c2e3-u237252]
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

Tammy,

Can we discuss this on the phone? I am shocked and confused. 832-465-7173

Thank you-

Elizabeth ↔ missing email #5311

Sent from Elizabeth's iPhone

* On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote: to (?) heading (?)

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

* Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed. *

Tammy

8:23 am · "Typo" email · missing

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

Aleta,

That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her

10:48:34

* Bob Krabbe → TH response to BCC

Message

**From:** Krabbe, Bob [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8FC392CC701C44CC866A317226599841]
**Sent:** 6/29/2019 10:48:32 AM
**To:** Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BA8201A71AF8FB511]
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

You might suggest she reach out to the MEC.

missing in all others 4372, 5390, 4363, 5300 4360, 5303

**Bob Krabbe**
Director, Labor Relations – Flight
United | Corporate Support Center
233 S. Wacker Drive, 25th Floor WHQLR | Chicago, IL 60606
Tel 872 825 3036 | Cell 224 287 2247 | Bob.Krabbe@united.com
united.com

On Jun 29, 2019, at 8:54 AM, Holt, Tammy <Tammy.Holt@united.com> wrote: to (?) heading

> Hi Elizabeth - that is correct, If she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>
> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>
> Tammy
>
> ↔ missing email 8:23 am EH → AS cc TH
>
> Sent from my iPhone
>
> On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote: to (?) heading
>
>> Aleta,
>>
>> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.
>>
>> Elizabeth
>>
>> Sent from Elizabeth's iPhone
>>
>> On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:
>>
>>> Training is not active work.

Case 4:20-cv-04205 Document 226-1 Filed 01/31/26 in TXSD Page 116 of 153

with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:

> Training is not active work.
>
> IAH Supervisor Base Administration
> Aleta.Stansberry@United.com
> Phone #: 281-553-1229
> FAX #:281-553-1224 and 1194
>
> ---
>
> **From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
> **Sent:** Friday, June 28, 2019 7:58 PM
> **To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
> **Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
>
> Hi Aleta,
>
> Christine attended requal training and is back...so I'm very concerned about this letter. Please advise.
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 17:23, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:
>
>> Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.
>>
>> A copy of this letter has been placed in you P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.
>>
>> - United Airlines Identification Badge $100.00
>> - Parking Badge or Parking Tags (if applicable) $50.00

Case 4:20-cv-04205 Document 226-1 Filed 01/31/26 in TXSD Page 117 of 153

- ISM/Purser Duty Free Key (if applicable) $50.00
- Cabin Key $7.00
- Link

United Airlines may contact you regarding any outstanding balances you may owe the Company upon your release. I you have any questions please feel free to contact me.

IAH Supervisor Base Administration
Aleta.Stansberry@United.com
Phone #: 281-553-1229
FAX #:281-553-1224 and 1194

<Christine Finger 231679 Admin term June 28 2019.pdf>

Message

**From:** Stansberry, Aleta [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4AB31C69A31444B1AE6F8FD8F1D47E29-U222936]
**Sent:** 6/28/2019 8:04:29 PM
**To:** 'Elizabeth Hibbard' [ehibbard@unitedata.org]
**Subject:** RE: Christine Finger 231679 Admin Terminations June 28 2019

Training is not active work.

IAH Supervisor Base Administration
Aleta.Stansberry@United.com
Phone #: 281-553-1229
FAX #:281-553-1224 and 1194

**From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
**Sent:** Friday, June 28, 2019 7:58 PM
**To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Aleta,

Christine attended requal training and is back..,so I'm very concerned about this letter. Please advise.

Thank you-

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 17:23, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:

> Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.
>
> A copy of this letter has been placed in you P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.
>
> - ~~United Airlines Identification Badge $100.00~~
> - Parking Badge or Parking Tags (if applicable) $50.00
> - ISM/Purser Duty Free Key (if applicable) $50.00
> - Cabin Key $7.00
> - Link
>
> United Airlines may contact you regarding any outstanding balances you may owe the Company upon your release. I you have any questions please feel free to contact me.
>
> IAH Supervisor Base Administration
> Aleta.Stansberry@United.com
> Phone #: 281-553-1229
> FAX #:281-553-1224 and 1194

Message

From: Elizabeth Hibbard [ehibbard@unitedafa.org]
Sent: 6/29/2019 8:23:19 AM
To: Stansberry, Aleta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab31c69a31444b1ae6f8fd8f1d47e29-u222936]
CC: Holt, Tammy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b65099bf5546491c810217c63a92fc7d-u218233]
Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

Correction- typo in last email should have stated "got in writing" vs "wrong". Please let me know. #5314

Thank you!

Elizabeth — *missing 8:18 am email —

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:

> Training is not active work.
> IAH Supervisor Base Administration
> Aleta.Stansberry@United.com
> Phone #: 281-553-1229
> FAX #:281-553-1224 and 1194
>
> From: Elizabeth Hibbard <ehibbard@unitedafa.org>
> Sent: Friday, June 28, 2019 7:58 PM
> To: Stansberry, Aleta <Aleta.Stansberry@united.com>
> Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019
> Hi Aleta,
> Christine attended requal training and is back...so I'm very concerned about this letter. Please advise.
> Thank you-
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 17:23, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote: heading (?) to #4973 United
>
>> Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.
>> A copy of this letter has been placed in you P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.
>>
>> - United Airlines Identification Badge $100.00
>> - Parking Badge or Parking Tags (if applicable) $50.00
>> - ISM/Purser Duty Free Key (if applicable) $50.00
>> - Cabin Key $7.00
>> - Link
>>
>> United Airlines may contact you regarding any outstanding balances you may owe the Company upon your release. I you have any questions please feel free to contact me.
>> IAH Supervisor Base Administration
>> Aleta.Stansberry@United.com
>> Phone #: 281-553-1229

Message

(only reference) ✱ 6/29/19 8:23 AM — missing totally. — missing in thread

From: Elizabeth Hibbard [illegible]hibbard@united[illegible].org

Sent: [illegible]/2019 8:23:59 AM

To: Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF2AE58DD4CCF89059[illegible]35CC09B1A05]

CC: Tammy.[illegible]@united.com [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=05A2045430[illegible]1BA0201A71[illegible]5111]

Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

Correction: typo in last email should have stated "got in writing" vs "wrong". Please let me know.

Thank you!

Elizabeth

Sent from Elizabeth's iPhone

missing ✱ Email 8:18 AM EH → AS "That is not true . . . " 6/29/19 20:04

On Jun 28, 2019, at 20:04, Stansberry, Aleta <[illegible]> wrote: to (?) no heading pm

Training is not active work. (1)

IAH Supervisor Base Administration
[illegible]
Phone #: 281 553-122[illegible]
FAX #: 281 553-1224 and 1194

From: Elizabeth Hibbard <[illegible]>
Sent: Friday, June 28, 2019 7:55 PM
To: Stansberry, Aleta <[illegible]>
Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Aleta,

Christine attended required training and is back . . so I'm very concerned about this letter. Please advise.

Thank you-

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 17:23, Stansberry, Aleta <[illegible]> wrote: to (?) heading

Attached is the Admin termination letter issued today, in accordance with Section [illegible] 18.2 Leave of Absence, exceeded Max Leave 3 years.

A copy of this letter has been placed in your P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.

- United Airlines Identification Badge [illegible]100.00
- Parking Badge or Parking Tags (if applicable) [illegible]50.00

this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote: to (?) no heading

> Training is not active work.
>
> IAH Supervisor Base Administration
> Aleta.Stansberry@United.com
> Phone #: 281-553-1229
> FAX #:281-553-1224 and 1194
>
> **From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
> **Sent:** Friday, June 28, 2019 7:58 PM
> **To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
> **Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
>
> Hi Aleta,
>
> Christine attended requal training and is back...so I'm very concerned about this letter. Please advise.
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> 5:23 pm
>
> On Jun 28, 2019, at 17:23, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote: vs # 4415 "no heading" to (?)
>
> > Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.
> >
> > A copy of this letter has been placed in you P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.
> >
> > - United Airlines Identification Badge $100.00

Parking Badge - missing Parking 50

Same 5304

Bcc: Bob Krabbe (5296) no Bcc vs 4372

Message

From: Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BAB201A71AF8EB511]
Sent: 6/29/2019 8:54:51 AM
To: Elizabeth Hibbard [ehibbard@unitedafa.org]
CC: Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Beckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DD82DB0E0B745]
* BCC: Krabbe, Bob [/O=UNITED/OU=EXTERNAL * (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8FC392CC701C44CC866A217226599841]
Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

#5311

* missing email 8:23 am EH → AS cc: TH

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

to (?) heading.

> Aleta,
>
> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote: to (?) heading.
>
> > Training is not active work. (1)
> >
> > IAH Supervisor Base Administration
> > Aleta.Stansberry@United.com
> > Phone #: 281-553-1229
> > FAX #:281-553-1224 and 1194
> >
> > From: Elizabeth Hibbard <ehibbard@unitedafa.org>
> > Sent: Friday, June 28, 2019 7:58 PM
> > To: Stansberry, Aleta <Aleta.Stansberry@united.com>
> > Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

* no BCC. Bob Krabbe

Message

| | |
|---|---|
| **From:** | Holt, Tammy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B65099BF5546491C810217C63A92FC7D-U218233] |
| **Sent:** | 6/29/2019 11:35:15 AM |
| **To:** | Elizabeth Hibbard [ehibbard@unitedafa.org] |
| **CC:** | Stansberry, Aleta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab31c69a31444b1ae6f8fd8f1d47e29-u222936]; Heckman, Crystal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac565fc83a75486d9dc80b41cd61c2e3-u237252] |
| **Subject:** | Re: Christine Finger 231679 Admin Terminations June 28 2019 |

no *BCC

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

B Krabbe email

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Tammy,
>
> Can we discuss this on the phone? I am shocked and confused. 832-465-7173
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone

missing email #5311 * missing 10:48 AM BKrabbe → TH You might suggest she reach out to MEC

* On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote: to (?) heading

> Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>
> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>
> Tammy
>
> Sent from my iPhone

8:23 am ~~email~~ * missing email 8:23 AM EH → AS cc. TH

Had never seen provision EH presented 7/1/19 in our meeting. Failed to fly a trip!

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Aleta,
>
> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her

old requirement Sabrina Aleta Tammy. all old CAL

4360

Message

**From:** Elizabeth Hibbard [ehibbard@unitedafa.org]
**Sent:** 6/29/2019 10:57:30 AM
**To:** Holt, Tammy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b65099bf5546491c810217c63a92fc7d-u218233]
**CC:** Stansberry, Aleta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab31c69a31444b1ae6f8fd8f1d47e29-u222936]; Heckman, Crystal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac565fc83a75486d9dc80b41cd61c2e3-u237252]
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Tammy,

Can we discuss this on the phone? I am shocked and confused. 832-465-7173

Thank you-

Elizabeth

Sent from Elizabeth's iPhone

#5311
← * missing email 10:48 Bob Krabbe → TH

*On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote: (no heading) 5296. BCC Bob Krabbe

no BCC #5296

> Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>
> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>
> Tammy   not the only provision
>
> Sent from my iPhone

* missing email 8:23 am EH → AS cc TH

> On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:
>
> Aleta,
>
> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.
>
> Elizabeth
>
> Sent from Elizabeth's iPhone

Message #5311

**From:** Elizabeth Hibbard [ehibbard@unitedafa.org]
**Sent:** 6/29/2019 10:57:30 AM
**To:** Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BAB201A71AF8E8511]
**CC:** Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB45DDB2DB0E0B745]
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Tammy,

Can we discuss this on the phone? I am shocked and confused. 832-465-7173

Thank you-

Elizabeth ← missing email 10:48 BKrabbe → TH

Sent from Elizabeth's iPhone ⟷

5296. BCC: Bob Krabbe / {no heading}

* On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote:

no BCC

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

– missing email EH → AS 8:23 am. cc → TH

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote: to (?) heading

Aleta,

That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:

* no BCC: Bob Krabbe #5296 BCC *

Message

| | |
|---|---|
| From: | Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BAB201A71AF8EB511] |
| Sent: | 6/29/2019 8:54:51 AM |
| To: | Elizabeth Hibbard [ehibbard@unitedafa.org] |
| CC: | Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05[redacted] [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DDB2DB0E0B745] |
| Subject: | Re: Christine Finger 231679 Admin Terminations June 28 2019 |

no BCC *

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

* missing email June 29. 8:23 am.
EH → AS cc THolt
"Type-O in last email

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Aleta,
>
> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:
>
>> Training is not active work.
>>
>> IAH Supervisor Base Administration
>> Aleta.Stansberry@United.com
>> Phone #: 281-553-1229
>> FAX #:281-553-1224 and 1194
>>
>> **From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
>> **Sent:** Friday, June 28, 2019 7:58 PM
>> **To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
>> **Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
>>
>> Hi Aleta,

Message 8:54:51 AM

From: Holt, Tammy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B65099BF5546491C810217C63A92FC7D-U218233]
Sent: 6/29/2019 8:54:51 AM
To: Elizabeth Hibbard [ehibbard@unitedafa.org]
CC: Stansberry, Aleta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab31c69a31444b1ae6f8fd8f1d47e29-u222936]; Heckman, Crystal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac565fc83a75486d9dc80b41cd61c2e3-u237252]
*no BCC: Bob Krabbe
Subject: Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed. —

* Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed. * B. Krabbe / discussed

Tammy

missing – 8:23 am email –

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote: to (?) heading

Aleta,

That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote: to (?) heading (?)

#4365.

Training is not active work.
IAH Supervisor Base Administration
Aleta.Stansberry@United.com
Phone #: 281-553-1229
FAX #:281-553-1224 and 1194

**From:** Elizabeth Hibbard <ehibbard@unitedata.org>
**Sent:** Friday, June 28, 2019 7:58 PM
**To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
Hi Aleta,
Christine attended requal training and is back...so I'm very concerned about this letter.
Please advise.

* no BCC: Bob Krabbe #5296 BCC *

**Message**

**From:** Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BA6201A71AF8EB511]
**Sent:** 6/29/2019 8:54:51 AM
**To:** Elizabeth Hibbard [ehibbard@unitedafa.org]
**CC:** Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DDB2DB0E0874S] *
**Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019

Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.

Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.

Tammy

* missing email June 29. 8:23 am. EH → AS cc THolt "Typo" in last email

Sent from my iPhone

On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Aleta,
>
> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her with the RTW process to ensure she was not going to be administratively terminated.
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:
>
> > Training is not active work.
> >
> > IAH Supervisor Base Administration
> > Aleta.Stansberry@United.com
> > Phone #: 281-553-1229
> > FAX #:281-553-1224 and 1194
> >
> > **From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
> > **Sent:** Friday, June 28, 2019 7:58 PM
> > **To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
> > **Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
> >
> > Hi Aleta,

Case 4:20-cv-04205 Document 226-1 Filed 01/31/26 in TXSD Page 115 of 153

Message

| | |
|---|---|
| **From:** | Holt, Tammy [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=95A204543C874F1BAB201A71AF8EB511] |
| **Sent:** | 6/29/2019 11:35:15 AM |
| **To:** | Elizabeth Hibbard [ehibbard@unitedafa.org] |
| **CC:** | Stansberry, Aleta [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=30CF3AE58DDA4CF88059195CC08B1A05]; Heckman, Crystal [/O=UNITED/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9DD2C4BFAF6B435CB46DDB2DB0E0B745] |
| **Subject:** | Re: Christine Finger 231679 Admin Terminations June 28 2019 |

Hi Elizabeth - I have family in town, but we can talk further on Monday...you may want to reach out to the MEC too.
Tammy
Sent from my iPhone

On Jun 29, 2019, at 10:57 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:

> Tammy,
>
> Can we discuss this on the phone? I am shocked and confused. 832-465-7173
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 29, 2019, at 08:54, Holt, Tammy <Tammy.Holt@united.com> wrote:
>
>> Hi Elizabeth - that is correct, if she has begun the RTW process prior to the end of her Admin Term date, she can exceed the 3 year LOA date. This provides that she will not be termed on that date if she has initiated her RTW. She did and was not termed on the 3 year effective LOA date. That is what we discussed.
>>
>> Now she is unable to fly her trip because she said she re-injured her ankle (training is not flying). Since she failed to fly a trip, she has now exceeded her date and the Admin Term is processed.
>>
>> Tammy
>>
>> Sent from my iPhone
>>
>> On Jun 29, 2019, at 8:18 AM, Elizabeth Hibbard <ehibbard@unitedafa.org> wrote:
>>
>>> Aleta,
>>>
>>> That is not true as she was paid for the training. We were told by Tammy Holt and I believe that Tammy also verified this information. Our understanding was that as long as she had begun the return to work process by the 3 year mark, that she was safe. I believe that she also got this information in wrong. I am very concerned because we assisted her

with the RTW process to ensure she was not going to be administratively terminated.

Elizabeth

Sent from Elizabeth's iPhone

On Jun 28, 2019, at 20:04, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:

> Training is not active work.
>
> IAH Supervisor Base Administration
> Aleta.Stansberry@United.com
> Phone #: 281-553-1229
> FAX #:281-553-1224 and 1194
>
> ---
>
> **From:** Elizabeth Hibbard <ehibbard@unitedafa.org>
> **Sent:** Friday, June 28, 2019 7:58 PM
> **To:** Stansberry, Aleta <Aleta.Stansberry@united.com>
> **Subject:** Re: Christine Finger 231679 Admin Terminations June 28 2019
>
> Hi Aleta,
>
> Christine attended requal training and is back...so I'm very concerned about this letter. Please advise.
>
> Thank you-
>
> Elizabeth
>
> Sent from Elizabeth's iPhone
>
> On Jun 28, 2019, at 17:23, Stansberry, Aleta <Aleta.Stansberry@united.com> wrote:
>
>> Attached is the Admin termination letter issued today in accordance with Section 15.E 1&2 Leave of Absence, exceeded Max Leave 3 years.
>>
>> A copy of this letter has been placed in you P-file and Fedex to your home address on file. The following items need to be returned. Please contact me to make an appointment to return these items.
>>
>> - United Airlines Identification Badge $100.00
>> - Parking Badge or Parking Tags (if applicable) $50.00

- ISM/Purser Duty Free Key (if applicable) $50.00
- Cabin Key $7.00
- Link

United Airlines may contact you regarding any outstanding balances you may owe the Company upon your release. I you have any questions please feel free to contact me.

IAH Supervisor Base Administration
Aleta.Stansberry@United.com
Phone #: 281-553-1229
FAX #:281-553-1224 and 1194

<Christine Finger 231679 Admin term June 28 2019.pdf>