Civil Action No. 4:20-cv-04205

**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

v.

**UNITED AIRLINES, INC.,**
Defendant.

**ORDER**

Before the Court is Plaintiff Christine Finger's Opposed Motion for Short Extension of Time to File Response to Defendant's Restated Motion for Summary Judgment.

The Motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiff's deadline to file her response and supporting exhibits to Defendant United Airlines, Inc. 's Restated Motion for Summary Judgment, Dkt. 226, is extended through **Friday, September 18, 2026**.

SIGNED this ___ day of September, 2026.

________________________________________

HONORABLE **ANDREW S. HANEN**
UNITED STATES DISTRICT JUDGE