Civil Action No. 4:20-cv-04205

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHRISTINE FINGER,
Plaintiff, Pro Se

v.

UNITED AIRLINES, INC.,
Defendant.

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR EXTENSION OF TIME BASED ON NEWLY ARISING MEDICAL CIRCUMSTANCES**

Plaintiff Christine Finger, proceeding pro se, respectfully supplements her pending requests for extension of time and requests that she be permitted through Friday, September 25, 2026, to file her response and supporting evidence to Defendant United Airlines, Inc.'s Restated Motion for Summary Judgment, Dkt. 226.

This request is based upon a new and unforeseen medical event that occurred after Plaintiff filed her most recent extension request.

Early on September 15, 2026, Plaintiff suffered a fall. Plaintiff was evaluated at urgent care- Xrays were taken and Plaintiff was  diagnosed with multiple rib contusions. The treating physician recommended hospital admission for pain management. When Plaintiff was advised that the hospital treatment would primiarily consist of stronger pain medication, including morpheme, together with prescription medication–but no other protocol. Not wanting to be hospitalized,  Plaintiff asked to first attempt to manage the pain at home and was instructed to go to Methodist Hospital if the pain was unbearable and not controlled.
Plaintiff is scheduled for a recheck of her injuries on September 29, 2026.
Pls See Exhibit A.

Plaintiff received an injection for pain at urgent care and was prescribed pain medication and muscle relaxers. Because of the treatment and medication, Plaintiff took a Lyft from urgent care, stopped to obtain her prescriptions, and returned home.

*Given the injury and prescribed medications, Plaintiff is presently unable to continue working on the summary-judgment response and extensive supporting exhibits.*

The physician advised Plaintiff that injuries of this nature may take approximately 3 to 6 weeks to heal. Plaintiff is not requesting that amount of time.

She requests only one week until September 25, 2026, in the hope that she can get through the acute pain period, reduce or discontinue the medications that presently interfere with her ability to work, and resume and complete the filing.

This medical circumstance arose after Plaintiff had already been working to reconstruct, verify, and complete her summary-judgment response and exhibits. Plaintiff remains committed to completing the response and does not seek additional time for purposes of delay.
Plaintiff attaches her urgent-care documentation as Exhibit A.
To the extent Rule 6(b)(1)(B) applies, Plaintiff respectfully requests that the Court find excusable neglect. The present inability to complete the filing results from a newly arising and documented medical condition that Plaintiff could not have anticipated. Plaintiff promptly notified Defendant's counsel by email aprox 115pm after returning home from urgent care and requested Defendant's position concerning this additional extension.

Plaintiff also does not oppose Defendant receiving the ten-day period Defendant previously requested to file its reply and objections to Plaintiff's summary-judgment evidence after Plaintiff files her response and evidence. The requested extension is therefore unlikely to cause meaningful prejudice to Defendant.

Plaintiff recognizes the history of extensions in this matter and does not make this request lightly. She respectfully requests only enough additional time to get through the immediate effects of this injury and the prescribed medications so that she can safely resume and complete the summary-judgment filing.

PRAYER

For these reasons, Plaintiff respectfully requests that the Court permit Plaintiff through Friday, September 25, 2026, to file her response and supporting evidence to Defendant's Restated Motion for Summary Judgment, Dkt. 226; permit Defendant ten days thereafter to file its reply and objections to Plaintiff's summary-judgment evidence; and grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/Christine Finger
Plaintiff, Pro Se
47 N. High Oaks Circle
The Woodlands, Texas 77380
1Ladyfinger@gmail.com
832 656 6999

CERTIFICATE OF CONFERENCE

I certify that on September 15, 2026, immediately after returning home from urgent care, I emailed Defendant's counsel, approx 1:15 pm, Amit K. Misra, advised him of this newly arising medical circumstance, and asked whether Defendant would oppose Plaintiff's request for an extension through September 25, 2026.

As of the time of filing, counsel has not responded to that request.
Plaintiff will promptly advise the Court should Defendant communicate his position before the Court rules on this Motion.

Christine Finger

CERTIFICATE OF SERVICE

I certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide electronic notice to counsel of record:
Amit K. Misra, Esq., P.C.
The Misra Legal Group
639 Heights Boulevard
Houston, Texas 77007
amit@misralegal.com
Counsel for Defendant United Airlines, Inc.

Christine Finger