Patient: CHRISTINE [illegible], Sex: F
Date of Service: 09/15/2026 (Log# [redacted])
Date of Birth: [redacted] (67 years)
Patient ID: [redacted]

HCA CareNow

HCA CareNow
25118 Grogans Mill Rd
Spring, TX 77380-2248
346-533-1838 F: 713-493-0579

## Patient Clinical Summary

**Log# [redacted] (Room# Exam 03)**

**You were seen at CareNow (17705WLNDS) on Tuesday, September 15, 2026.**

**Your Diagnosis for today's visit is:**

- 1. Contusion of thorax, unspecified, initial encounter

**Recommendations/Plan:**

- Please return to the clinic on 9/29/2026 for a recheck.
- Take ibuprofen with food.
  Cyclobenzaprine will cause drowsiness.
  Ice and heat therapy as needed.
  Do progressive stretching ONLY as tolerated.
  Go to ER for severe pains, difficulty breathing, or any other concerns.