United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE FINGER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:20-4205 |
| | § | |
| UNITED AIRLINES, INC. | § | |

**ORDER**

Pending before the Court are Plaintiff's motions and supplemental motions for leave to extend the deadline for filing summary judgment exhibits (Doc. Nos. 254, 259, 261, 262). This case is almost six years old. The motion for summary judgment been ripe for ruling since February. While the Court is sympathetic to Plaintiff's health concerns and other unforseen issues that have arisen over the course of the past seven months, it is a disservice to the Defendant who has complied with this Court's Procedures, deadlines, and the Federal Rules of Civil Procedure, to continue to indefinitely grant extensions. Therefore, it is hereby

**ORDERED** that the motions for leave to extend are **GRANTED**. The Plaintiff has until October 6, 2026 within which to file her exhibits. At that time the Court will consider this matter, and **NO FURTHER CONTINUANCES WILL BE GRANTED.**

SIGNED this 21st day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE