**PROPOSED ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**CHRISTINE FINGER,**
Plaintiff, Pro Se

v, **CIVIL ACTION NO. 4:20-CV-04205**

**UNITED AIRLINES, INC.,**
Defendant.

**ORDER**

Before the Court is Plaintiff's **Motion for Leave to Supplement Summary Judgment Evidence and Complete Exhibit Submission**.

Having considered the Motion, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff is granted leave to complete and supplement the evidentiary record supporting her timely filed response to Defendant's Motion for Summary Judgment.

It is further **ORDERED** that the accompanying deposition transcripts, transcript pages, and additional exhibits are accepted as part of the summary judgment evidentiary record.

SIGNED this _____ day of __________________, 2026.

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE